UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

---------------------------------------------------------x
GIANNI VERSACE, S.p.a. and
 VERSACE USA, INC.                         :   Case No.: 3:16-cv-03617 HSG

       Plaintiffs,                     :   **ORDER GRANTING MOTION**
                                       :   **TO APPEAR BY TELEPHONE**
       vs.                             :

VERSACE 19.69 ABBLIGLIAMENTO    :
SPORTIVO S.R.L., THEOFANIS
PAPADAS, V1969 VERSACE SMO LLC,
V1969 VERSACE HG LLC, and
V1969 USA LLC.
                                       :
       Defendants                      :
---------------------------------------------------------x

Having considered the Motion of Defendants, Versace 19.69 Abbigliamento Sportivo S.R.L. and Theofanis Papadas for their lead counsel, Nicholas G. Karambelas, Esq., to appear by telephone at the Joint Case Management Conference which is scheduled for Tuesday, October 4, 2016 at 9:00 AM (PT) is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

       IT IS SO ORDERED.

Dated:  9/30/2016

                                           _____
                                           Judge, U.S. District Court