1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   GIANNI VERSACE, S.P.A., et al.,            Case No.  16-cv-03617-HSG

                  Plaintiffs,
8                                              **ORDER DIRECTING LVBHQ**
                                               **DEFENDANTS TO APPEAR AND**
9         v.                                   **ADDRESS ISSUES RAISED IN**
                                               **MOTION TO WITHDRAW**
10  VERSACE 19.69 ABBIGLIAMENTO
    SPORTIVO SRL, et al.,                      Re: Dkt. Nos. 61
11                Defendants.

12         On November 21, 2016, a motion to withdraw as counsel was filed by Peter W. Ross and

13  Keith J. Wesley, who are attorneys at Brown George Ross LLP ("BGR") and serve as counsel of

14  record for Defendants V1969 Versace SMO LLC, V1969 Versace HG LLC, and V1969 USA

15  LLC (collectively, "LVBHQ Defendants").  Dkt. No. 61.  On December 1, 2016, a stipulated

16  request to shorten time for the hearing on this motion was filed by Plaintiffs Gianni Versace,

17  S.p.A. and Versace USA, Inc. (collectively, "Versace Plaintiffs"), Defendants Versace 19.69

18  Abbligliamento Sportivo, S.r.l. and Theofanis Papadas (collectively, "VAS Defendants"), and

19  BGR.  Dkt. No. 64.  The Court granted the stipulation.  Dkt. No. 66.  On December 5, 2016,

20  Versace Plaintiffs filed a reply stating that they would not oppose a conditional withdrawal.  Dkt.

21  No. 67.  On December 8, 2016, the Court held a hearing on the motion, at which Versace

22  Plaintiffs' counsel Rosemarie Theresa Ring appeared and K.C. Maxwell appeared on behalf of

23  BGR.  To discuss the basis for the motion, the Court held an *in camera* hearing with Ms. Maxwell

24  only.  After Ms. Ring rejoined the hearing, the Court in its discretion denied the motion on the

25  record, without prejudice to BGR renewing the motion.[1]

26  _____

27  [1] "A corporation may appear in federal court only through licensed counsel."  *United States v.*
    *High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *see also* Civil L.R. 3-9(b) ("A
28  corporation, unincorporated association, partnership or other such entity may appear only through
    a member of the bar of this Court.")

United States District Court
Northern District of California

1   The Court **ORDERS** a client representative for the LVBHQ Defendants to appear in

2   person before the Court on December 27, 2016 at 2:00 p.m. to address the issues raised in BGR's

3   motion to withdraw.  BGR shall also appear at the hearing in person.  Counsel for Versace

4   Plaintiffs may appear by telephone, arranged via CourtCall, if they wish.

5

6   **IT IS SO ORDERED.**

7   Dated: 12/9/2016

8

9   HAYWOOD S. GILLIAM, JR.
    United States District Judge