United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    GIANNI VERSACE, S.P.A., et al.,                Case No.  16-cv-03617-HSG

8                    Plaintiffs,
                                                    **ORDER TO SHOW CAUSE**
9          v.
                                                    Re: Dkt. No. 69
10   VERSACE 19.69 ABBIGLIAMENTO
     SPORTIVO SRL, et al.,
11                  Defendants.

12         On November 21, 2016, a motion to withdraw as counsel was filed by the attorneys at

13   Brown George Ross LLP ("BGR") who serve as counsel of record for Defendants V1969 Versace

14   SMO LLC, V1969 Versace HG LLC, and V1969 USA LLC (collectively, "LVBHQ

15   Defendants").  Dkt. No. 61.  At the December 8, 2016 hearing, the Court in its discretion denied

16   the motion on the record, without prejudice to BGR renewing the motion.  Dkt. No. 69.  The

17   following day, the Court ordered both BGR and a client representative for the LVBHQ Defendants

18   to appear in person on December 27, 2016 to discuss issues relating to the motion to withdraw.

19   *Id.*[1]  Only BGR appeared.  The Court hereby **ORDERS** the LVBHQ Defendants to show cause

20   why they should not be sanctioned for failing to appear at the December 27, 2016 hearing.

21   //

22   //

23   //

24   //

25

26

27   _____
     [1] The Court's order was extremely clear on this point.  *See* Dkt. No. 69 ("The Court **ORDERS** a
     client representative for the LVBHQ Defendants to appear in person before the Court on
28   December 27, 2016 at 2:00 p.m. to address the issues raised in BGR's motion to withdraw. BGR
     shall also appear at the hearing in person.")

1    LVBHQ Defendants must file a statement of two pages or less by January 4, 2017, responding to

2    this order to show cause.

3         **IT IS SO ORDERED.**

4    Dated:  12/28/2016

5

6                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2