Adam S. Rossman, Esq. SBN 175838
449 S. Beverly Drive
Suite 210
Beverly Hills, CA 90212
Telephone: (310) 592-4837
Facsimile: (310) 623-1941
Email: adamrossman66@gmail.com

Attorneys for Defendants, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A, and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC<br><br>Defendants. | Case No.: **16-cv-03617-HSG**<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC; ORDER** |

PLEASE TAKE NOTICE that Defendants V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC (collectively, the "Defendants") have retained Adam S. Rossman, Esq. to substitute as counsel for Browne Woods George LLP in the above-captioned matter.

Withdrawing counsel for the Defendants are:

      Peter Wayne Ross
      Browne George Ross LLP

```
                        24th Floor
                        2121 Avenue of the Stars
                        Los Angeles, CA 90067
                        310-274-7100
                        Fax: 310-275-5697
                        Email: pross@bgrfirm.com

                        Keith Joseph Wesley
                        Browne George Ross LLP
                        24th Floor
                        2121 Avenue of the Stars
                        Los Angeles, CA 90067
                        310-274-7100
                        Fax: 310-275-5697
                        Email: kwesley@bgrfirm.com
```

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for the Defendants:

```
                        Adam S. Rossman, Esq.
                        449 S. Beverly Drive
                        Suite 210
                        Beverly Hills, CA 90212
                        Telephone:  (310) 592-4837
                        Facsimile:  (310) 623-1941
                        Email: adamrossman66@gmail.com
```

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: January 26, 2017                                **ADAM S. ROSSMAN, ESQ.**

                                                    /s/                            .
                                      Adam S. Rossman,
                                      Attorneys for Defendants V1969
                                      VERSACE SMO LLC, V1969
                                      VERSACE HG LLC, AND V1969
                                      USA LLC

Notice of Withdrawal and Substitution of Counsel for Defendants – Case No. 16-cv-03617-HSG

Dated: January 26, 2017					Browne Woods George LLP

							_____/s/_____
							Keith Joseph Wesley

Dated: January 26, 2017					V1969 Versace SMO LLC

							_____.
							Eran Brosh

Dated: January 26, 2017					V1969 Versace HG LLC

							_____.
							Eran Brosh

Dated: January 26, 2017					V1969 USA LLC

							_____.
							Eran Brosh

    I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: January 26, 2017					**ADAM S. ROSSMAN, ESQ.**

							_____/s/_____.
							Adam S. Rossman,
							Attorneys for Defendants V1969
							VERSACE SMO LLC, V1969
							VERSACE HG LLC, AND V1969
							USA LLC

-3-
Notice of Withdrawal and Substitution of Counsel for Defendants – Case No. 16-cv-03617-HSG

1  The above withdrawal and substitution of counsel is approved and so
2  ORDERED.

4  DATED:  January 27, 2017      _____
                                  JUDGE OF THE UNITED STATES DISTRICT
5                                 COURT