| | |
|---|---|
| ROSEMARIE T. RING (CA SBN 110840)<br>rose.ring@mto.com<br>MALCOM A. HEINICKE (CA SBN 194174)<br>malcom.heinicke@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Tel.: (415) 512-4000 / Fax: (415) 644-6929<br><br>RANDALL G. SOMMER (CA SBN 214099)<br>randall.sommer@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, California 90071-1560<br>Telephone:    (213) 683-9100<br>Facsimile:    (213) 683-4042<br><br>Attorneys for GIANNI VERSACE, S.P.A. and VERSACE USA, INC. | DAVID E. HARRIS (CA SBN 161334)<br>david.harris@msrlegal.com<br>ALLISON K. WOPSCHALL (CA SBN 267074)<br>allison.wopschall@msrlegal.com<br>MILLER STARR REGALIA<br>A Professional Law Corporation<br>1331 N. California Blvd., Fifth Floor<br>Walnut Creek, CA 94596<br>Tel.: (925) 935-9400 / Fax: (925) 933-4126<br><br>NICHOLAS G. KARAMBELAS (*pro hac vice*)<br>nick@ngklaw.com<br>SFIKAS & KARAMBELAS LLP<br>1101 Pennsylvania Avenue, NW<br>7th Floor<br>Washington, DC 20004<br>Tel: (202) 669-0187 / Fax: (240) 465-0400<br><br>Attorney for VERSACE 19.69 ABBIGLIAMENTO SPORTIVO, S.R.L. and THEOFANIS PAPADAS |

ADAM S. ROSSMAN (CA SBN 175838)
adamrossman66@gmail.com
449 S. Beverly Drive
Suite 210
Beverly Hills, CA 90212
Tel: (310) 592-4837 / Fax: (310) 623-1941

Attorney for V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, and V1969 USA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI VERSACE, S.P.A. AND VERSACE USA, LLC,<br><br>             Plaintiffs,<br><br>     vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO, S.R.L., THEOFANIS PAPADAS, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC,<br><br>             Defendants. | Case No. 3:16-CV-03617-HSG<br><br>**STIPULATION AND ORDER SETTING CASE SCHEDULE**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr. |

1  Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. ("Versace"), Defendants Versace
2  19.69 Abbigliamento Sportivo, S.r.l. and Theofanis Papadas ("VAS Defendants"), and Defendants
3  V1969 Versace SMO LLC, V1969 Versace HG LLC, and V1969 USA LLC ("Licensee
4  Defendants") (collectively, "Parties"), by and through their respective counsel of record, hereby
5  stipulate as follows in accordance with the Court's order dated January 27, 2017, directing the
6  Parties to submit a stipulation and proposed order setting forth a revised case schedule:
7  WHEREAS, counsel for Versace, the VAS Defendants, and the Licensee Defendants have
8  met and conferred and have agreed on a revised case schedule:
9  NOW THEREFORE, Versace, the VAS Defendants, and the Licensee Defendants hereby
10 stipulate to the following revised case schedule, subject to approval by the Court:

| Initial Disclosures | March 10, 2017 |
| --- | --- |
| Fact Discovery Cutoff | October 1, 2017 |
| Expert Witness Disclosure | December 8, 2017 |
| Rebuttal Expert Witness Disclosure | February 2, 2018 |
| Expert Discovery Cutoff | March 9, 2018 |
| Last Day to File Dispositive Motions | April 13, 2018 |
| Pretrial Conference | August 7, 2018 |
| Trial to Begin | August 20, 2018 |

20 **IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | DATED: February 10, 2017 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By:   /s/ Rosemarie T. Ring |
| | | Rosemarie T. Ring |
| 4 | | Attorney for Gianni Versace, S.p.A. and Versace USA, LLC |
| 5 | | |
| | DATED: February 10, 2017 | MILLER STARR REGALIA |
| 6 | | |
| 7 | | By:   /s/ David Harris |
| | | David Harris |
| 8 | | Attorney for Versace 19.69 Abbigliamento Sportivo, S.r.L and Theofanis Papadas |
| 9 | | |
| 10 | DATED: February 10, 2017 | ADAM S. ROSSMAN, ESQ. |
| 11 | | By:   /s/ Adam S. Rossman |
| | | Adam S. Rossman |
| 12 | | Attorney for V1969 Versace SMO LLC, V1969 Versace HG LLC, and V1969 USA LLC |

Pursuant to Civil Local Rule 5-1(ii)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

1 **ORDER**

2  IT IS SO ORDERED that the stipulation is **DENIED.**  A case management conference
3 will be held on February 21, 2017, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in
4 Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.  A case management
statement is due by February 16, 2017.
5

6

7 DATED:  February 13, 2017         By: _____
                                     Honorable Haywood S. Gilliam, Jr.
8                                    United States District Judge