Adam S. Rossman, Esq. SBN 175838
449 S. Beverly Drive
Suite 210
Beverly Hills, CA 90212
Telephone:  (310) 592-4837
Facsimile:  (310) 623-1941
Email: adamrossman66@gmail.com

Attorneys for Defendants, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A, and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC<br><br>Defendants. | Case No.: **16-cv-03617-HSG**<br><br>**Assigned for all purposes to the Hon. Haywood S. Gilliam, Jr.**<br><br>**ORDER ON MOTION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE (COURT CALL)** |

## **ORDER**

Having considered the Motion of Defendants, V1969 SMO, LLC, V1969 HG, LLC and V1969 USA, LLC, for their counsel of record, Adam S. Rossman, Esq., to appear by telephone via Court Call for the Case Management Conference currently set for February 21, 2017 at 2:00 p.m. in the above referenced Court, the Court

1 | hereby GRANTS the Motion.  Counsel shall contact Courtcall at (888) 882-6878 to
2 | make arrangements to appear by telephone at the Case Management Conference.
3 |
4 |     IT IS SO ORDERD.
5 | DATED:  February 14, 2017
6 |                                         HON. HAYWOOD S. GILLIAM, JR.
7 |                                         JUDGE OF THE UNITED STATES DISTRICT COURT