UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI VERSACE, S.P.A., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO SRL, et al.,<br><br>        Defendants. | Case No. 16-cv-03617-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 111 |

A case management conference was held on February 21, 2017. The Court **SETS** the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Initial Disclosures | March 17, 2017 |
| Amendment of Pleadings and/or Joinder of New Parties | May 8, 2017 |
| Close of Fact Discovery | August 30, 2017 |
| Exchange of Opening Expert Reports | September 26, 2017 |
| Exchange of Rebuttal Expert Reports | October 11, 2017 |
| Close of Expert Discovery | October 26, 2017 |
| Dispositive Motion Hearing Deadline | December 14, 2017, at 2:00 p.m. |
| Pretrial Conference | March 13, 2018, at 3:00 p.m. |
| Jury Trial (10 days) | March 26, 2018, at 8:30 a.m. |

//
//
//
//
//

1    This order **TERMINATES** the stipulation and proposed scheduling order submitted by the
2 parties. *See* Dkt. No. 111. The parties are directed to review and comply with the Court's
3 standing orders.

**IT IS SO ORDERED.**

Dated:  3/9/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge