Adam S. Rossman, Esq. SBN 175838
449 S. Beverly Drive
Suite 210
Beverly Hills, CA 90212
Telephone: (310) 592-4837
Facsimile: (310) 623-1941
Email: adamrossman66@gmail.com

Attorneys for Defendants, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A, and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC<br><br>Defendants. | Case No.: **16-cv-03617-HSG**<br><br>**Assigned for all purposes to the Hon. Haywood S. Gilliam, Jr.**<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS V1969 VERSACE SMO, LLC, V1969 VERSACE HG, LLC AND V1969 USA, LLC**<br><br>**Judge: Hon. Haywood S. Gilliam Jr.**<br>**Date: July 13, 2017**<br>**Time: 2:00 pm**<br>**Crtrm: 2** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 13, 2017, at 2:00 pm, or as soon

thereafter as counsel may be heard in Courtroom 2 of the United States District

-1-

Motion to Withdraw as Counsel for the Licensee Defendants– Case No. 16-cv-03617-HSG

Court for the Northern District of California, Oakland Division, Adam S. Rossman, Esq. will, and hereby does, move this Court for an order permitting Mr. Rossman to withdraw as counsel of record for Defendants V1969 Versace SMO, LLC, V1969 Versace HG, LLC and V1969 USA, LLC (collectively, the "Licensee Defendants")

This Motion is made pursuant to Local Rule 11-5 and California Rule of Professional Conduct 3-700(C)(1)(f). It is based upon the ground that the Licensee Defendants have breached the retainer agreement with Mr. Rossman as to fees and expenses, and that Mr. Rossman's withdrawal will cause no substantial prejudice to the Licensee Defendants or any other party to this action.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Adam S. Rossman and additional evidence and argument that may be presented at the hearing on this motion.

Dated: May 22, 2017                                      **ADAM S. ROSSMAN, ESQ.**


    /s/ Adam S. Rossman         .
Adam S. Rossman,
Attorneys for Defendants V1969
VERSACE SMO LLC, V1969
VERSACE HG LLC, AND V1969
USA LLC

-2-

## MEMORANDUM OF POINTS AND AUTHORITIES

Adam S. Rossman, Esq. ("Rossman") seeks to be relieved as counsel of record for the Licensee Defendants because they have breached the retainer agreement with Rossman, as a result of which it is impossible to carry out the representation of the Licensee Defendants in this action.

On January 24, 2017, pursuant to a written retainer agreement, Rossman agreed to represent the Licensee Defendants in this action. Declaration of Adam S. Rossman ("Rossman Decl.") ¶ 2. Since that time Rossman has properly represented the Licensee Defendants in this action, appearing for the Licensee Defendants at a hearing, preparing and serving Rule 26 Disclosures, serving documents on the other parties to this action as well as interacting with opposing counsel concerning this action. Rossman Decl. ¶ 3.

Northern District of California Local Rule 11-5 provides for a permissive withdrawal of counsel upon an order of the Court after reasonable notice is provided to the client(s) and all other parties of the case. The California Rules of Professional Conduct are incorporated into Civil Local Rule 11-4(a). Under Rule 3-700(C)(1)(f), counsel may seek permission to withdraw from a case in which the client breaches an agreement or obligation to the member regarding fees and expenses.

Rossman has advised the principals of the Licensee Defendants, Liron Ben Shimon, Eran Brosh and Udi Brosh, that Rossman will be seeking to withdraw from all representation of them in this action. Rossman has also advised the Licensee

Defendants that as companies they are not able to represent themselves; and, the Licensee Defendants have had sufficient time to find replacement counsel. Rossman Decl. ¶4.

Notwithstanding Rossman's attorney client confidentiality restrictions with regard to disclosing the reasons for the withdrawal, the conditions for permissive withdrawal are present here. Rossman Decl. ¶4.  Consistent with his ethical and professional obligations, Rossman will answer any questions posed to him by the Court at the hearing on this Motion.  While hearing dates in this action have been set, including a trial date, Plaintiff just recently filed a motion for leave to file a first amended complaint and there is ample time for new counsel to get up to speed in advance of the trial date which is not until March, 2018. Rossman Decl. ¶4.  As a result, neither the Licensee Defendants nor any other party to this action will be prejudiced by Rossman's withdrawal; and, Rossman has provided the Licensee Defendants with reasonable notice of this Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-4-

Motion to Withdraw as Counsel for the Licensee Defendants– Case No. 16-cv-03617-HSG

Based on the foregoing, Adam S. Rossman, Esq. respectfully requests that this Court issue an order approving his withdrawal as counsel of record for Defendants V1969 Versace SMO, LLC, V1969 Versace HG, LLC and V1969 USA, LLC.

Dated: May 22, 2017　　　　　　　　　　　　**ADAM S. ROSSMAN, ESQ.**

　　　　　　　　　　　　　　　　　　　　　 /s/ Adam S. Rossman             .
　　　　　　　　　　　　　　　　　　　　　Adam S. Rossman,
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants V1969
　　　　　　　　　　　　　　　　　　　　　VERSACE SMO LLC, V1969
　　　　　　　　　　　　　　　　　　　　　VERSACE HG LLC, AND V1969
　　　　　　　　　　　　　　　　　　　　　USA LLC

# DECLARATION OF ADAM S. ROSSMAN

I, Adam S. Rossman, declare and affirm as follows:

1. I am an attorney at law admitted to practice before this Court and all courts of the State of California. I am counsel of record for Defendants V1969 Versace SMO LLC; V1969 Versace HG LLC; and V1969 USA LLC (collectively the "Licensee Defendants") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. On or about January 24, 2017, pursuant to a retainer agreement, I was retained by the Licensee Defendants to represent each of them in this action.

3. Since the execution of the retainer agreement, I have properly represented the Licensee Defendants in this action, appearing on behalf of the Licensee Defendants at a hearing held in this action, preparing and serving Rule 26 Disclosures, interacting with opposing counsel on behalf of the Licensee Defendants and serving document production on the other parties to this action.

4. The conditions for permissive withdrawal under Local Rule 11-5 and 22 Rule of Professional Conduct 3-700(C)(1)(f) are present. I have previously advised the Licensee Defendants' principals, Liron Ben-Simon, Eran Brosh and Udi Brosh, that I would be seeking to withdraw from representing them.  I also advised them that as legal entities they may not proceed pro se, a fact they came to learn when they terminated their relationship from previous counsel, Brown, George Ross.  I have also provided the Licensee Defendants with sufficient opportunity to

-6-
Motion to Withdraw as Counsel for the Licensee Defendants– Case No. 16-cv-03617-HSG

seek substitute counsel. In accordance with my professional and ethical duties, I cannot set forth a more detailed discussion as to the notice I provided in connection with my intention to withdraw. I will however respond to any questions this Court may pose, consistent with my professional and ethical duties, and will be prepared to discuss in chambers if so requested.

Executed this 22nd day of May, 2017, at Beverly Hills, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      /s/ Adam S. Rossman
      Adam S. Rossman

# DECLARATION OF SERVICE

I, Adam S. Rossman, declare as follows:

I am over the age of eighteen years and am not a party to this action.  My business address is 449 S. Beverly Drive, Suite 210, Beverly Hills, California 90212.

On May 22, 2017, I served the following document entitled: **Notice of Motion and Motion to Withdraw as Counsel for Defendants V1969 Versace SMO, LLC, V1969 Versace HG, LLC and V1969 USA, LLC; and [Proposed] Order Granting Motion to Withdraw as Counsel for Defendants V1969 Versace SMO, LLC, V1969 Versace HG, LLC and V1969 USA, LLC** to all named counsel of record as follows:

 **X**    **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on May 22, 2017. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

 **X.**   **BY MAIL** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit; and

 **X.**   **BY EMAIL.** On May 22, 2017, I caused a copy of the documents to be sent from adamrossman66@gmail.com to the persons at the email addresses listed in the service list.

## SEE ATTACHED SERVICE

I certify under penalty of perjury that the foregoing is true and correct and that this Declaration of Service was executed by the undersigned on May 22, 2017, at Beverly Hills, California.

Dated: May 22, 2017                                  **ADAM S. ROSSMAN, ESQ.**

                                                                    /s/                              .
                                                                Adam S. Rossman

# SERVICE LIST

Eran Brosh
Udi Brosh
Liron Ben Shimon
V1969 Versace SMO, LLC
298 NE 183rd Street
Miami, FL. 33179
lironbs7@gmail.com
udi@brilliancenewyork.com
eran@brilliancenewyork.com


Eran Brosh
Udi Brosh
Liron Ben Shimon
V1969 Versace HG, LLC
298 NE 183rd Street
Miami, FL. 33179
lironbs7@gmail.com
udi@brilliancenewyork.com
eran@brilliancenewyork.com


Eran Brosh
Udi Brosh
Liron Ben Shimon
V1969 USA, LLC
298 NE 183rd Street
Miami, FL. 33179
lironbs7@gmail.com
udi@brilliancenewyork.com
eran@brilliancenewyork.com

Motion to Withdraw as Counsel for the Licensee Defendants– Case No. 16-cv-03617-HSG