1  ROSEMARIE T. RING (State Bar No. 220769)
   rose.ring@mto.com
2  MALCOLM A. HEINICKE (State Bar No. 194174)
   malcolm.heinicke@mto.com
3  AARON D. PENNEKAMP (State Bar No. 290550)
   aaron.pennekamp@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   JONATHAN E. ALTMAN (State Bar No. 170607)
8  jonathan.altman@mto.com
   WILLIAM LARSEN (State Bar No. 314091)
9  william.larsen@mto.com
   MUNGER, TOLLES & OLSON LLP
10 350 South Grand Avenue
   Fifth Floor
11 Los Angeles, California 90071-1560
   Telephone:     (213) 683-9100
12 Facsimile:     (213) 687-3702

13 Attorneys for Gianni Versace, S.P.A and
   Versace USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, and V1969 USA LLC.<br><br>Defendants. | Case No. 4:16-cv-03617-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. ("Versace"), Defendants Versace

19.69 Abbigliamento Sportivo, S.r.l. and Theofanis Papadas ("VAS Defendants"), and Defendants

V1969 Versace SMO LLC, V1969 Versace HG LLC, and V1969 USA LLC ("Licensee

Defendants") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 9, 2017, the Court issued a Scheduling Order setting this case for trial on March 26, 2018, and related case deadlines, including the close of fact discovery which is set for August 30, 2017. [Dkt No. 112];

WHEREAS, lead counsel for Versace will be unavailable between August 7 and 25, 2017, due to her wedding and honeymoon, and therefore respectfully requests that the close of fact discovery be continued by one month until September 30, 2017, and is filing a declaration concurrently herewith to explain why this scheduling issue was not raised with the Court before or upon issuance of the Scheduling Order;

WHEREAS, because the case deadlines in the Scheduling Order were compact and in light of the intervening holiday season, even a relatively short, one-month extension of the fact discovery deadline impacts the remaining case deadlines in a way that does not allow the Parties sufficient time to prepare for, and the Court sufficient time to resolve, dispositive motions in advance of a March 26, 2018 trial date;

WHEREAS, counsel for Versace, the VAS Defendants and the Licensee Defendants have met and conferred and have stipulated to the following schedule, subject to approval by the Court, setting the case for trial on May 28, 2018, the pretrial conference for May 15, 2018, and the dispositive motion hearing date for February 22, 2018—all dates which the Parties have confirmed the Court's availability with the Court's Calendar Clerk and Courtroom Deputy;

NOW THEREFORE, Versace, the VAS Defendants, and the Licensee Defendants hereby agree to the following modified case schedule, subject to approval by the Court:

| | |
|---|---|
| Close of Fact Discovery | September 30, 2017 |
| Exchange of Opening Expert Reports | October 31, 2017 |
| Exchange of Rebuttal Expert Reports | November 21, 2017 |
| Close of Expert Discovery | December 21, 2017 |
| File Dispositive Motions | January 18, 2018 |
| Dispositive Motion Hearing Deadline | February 22, 2018, at 2:00 p.m. |
| Pretrial Conference | May 15, 2018, at 8:30 a.m. |
| Jury Trial (10 days) | May 28, 2018, at 8:30 a.m. |

1 | **IT IS SO STIPULATED.**

2 | DATED: May 24, 2017                MUNGER, TOLLES & OLSON LLP

                                       By:    /s/ Rosemarie T. Ring
                                           Rosemarie T. Ring
                                           Attorney for Gianni Versace, S.p.A. and Versace USA,
                                           LLC

DATED: May 24, 2017                MILLER STARR REGALIA

                                       By:    /s/ David Harris
                                           David Harris
                                           Attorney for Versace 19.69 Abbigliamento Sportivo,
                                           S.r.L and Theofanis Papadas

DATED: May 24, 2017                ADAM S. ROSSMAN, ESQ.

                                       By:    /s/ Adam S. Rossman
                                           Adam S. Rossman
                                           Attorney for V1969 Versace SMO LLC,
                                           V1969 Versace HG LLC, and V1969 USA LLC

Pursuant to Civil Local Rule 5-1(ii)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing Stipulation and [Proposed] Order Modifying Case Schedule, and for good cause shown, the Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| | |
|---|---|
| Close of Fact Discovery | September 30, 2017 |
| Exchange of Opening Expert Reports | October 31, 2017 |
| Exchange of Rebuttal Expert Reports | November 21, 2017 |
| Close of Expert Discovery | December 21, 2017 |
| File Dispositive Motions | January 18, 2018 |
| Dispositive Motion Hearing Deadline | February 22, 2018, at 2:00 p.m. |
| Pretrial Conference | May 15, 2018, at 8:30 a.m. |
| Jury Trial (10 days) | May 28, 2018, at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: 5/25/2017

Hon. Haywood S. Gilliam, Jr.