1  ROSEMARIE T. RING (State Bar No. 220769)
   rose.ring@mto.com
2  MALCOLM A. HEINICKE (State Bar No. 194174)
   malcolm.heinicke@mto.com
3  AARON D. PENNEKAMP (State Bar No. 290550)
   aaron.pennekamp@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   JONATHAN E. ALTMAN (State Bar No. 170607)
8  jonathan.altman@mto.com
   WILLIAM LARSEN (State Bar No. 314091)
9  william.larsen@mto.com
   MUNGER, TOLLES & OLSON LLP
10 350 South Grand Avenue
   Fiftieth Floor
11 Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
12 Facsimile:     (213) 687-3702

13 Attorneys for Gianni Versace, S.P.A and
   Versace USA, Inc.

15                    UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. and VERSACE USA, Inc.<br><br>    Plaintiffs,<br><br>  vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, and V1969 USA LLC.<br><br>    Defendants. | Case No. 4:16-cv-03617-HSG<br><br>**ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

1 **Order**

2 Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 7-11 and 79-5,

3 and for good cause shown, the Court GRANTS the unopposed Administrative Motion to File

4 Document Under Seal. The following document under seal shall remain sealed unless

5 and until this Court orders otherwise:

| Document To Be Filed Under Seal | Portion(s) of Document Sealed |
|---|---|
| Declaration of Rosemarie T. Ring in Support of Stipulation and [Proposed] Order Modifying Case Schedule | All |

IT IS SO ORDERED.

DATED: May ___, 2017

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge