1  ROSEMARIE T. RING (State Bar No. 220769)
   rose.ring@mto.com
2  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   carolyn.luedtke@mto.com
3  AARON D. PENNEKAMP (State Bar No. 290550)
   aaron.pennekamp@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   JONATHAN E. ALTMAN (State Bar No. 170607)
8  jonathan.altman@mto.com
   WILLIAM LARSEN (State Bar No. 314091)
9  william.larsen@mto.com
   MUNGER, TOLLES & OLSON LLP
10 350 South Grand Avenue
   Fifth Floor
11 Los Angeles, California 90071-1560
   Telephone:     (213) 683-9100
12 Facsimile:     (213) 687-3702

13 Attorneys for Gianni Versace, S.p.A. and
   Versace USA, Inc.
14

15                  UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18 | GIANNI VERSACE, S.P.A. and VERSACE USA, Inc. | Case No. 4:16-cv-03617-HSG |
   |---|---|
   | Plaintiffs, | **MOTION TO WITHDRAW MALCOLM A. HEINICKE AS COUNSEL FOR GIANNI VERSACE S.P.A. AND VERSACE USA, INC.** |
   | vs. | |
   | VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, and V1969 USA LLC. | |
   | Defendants. | |

26        Pursuant to Civil Local Rule 7-11(a), Plaintiffs Gianni Versace, S.p.A. and Versace USA,

27 Inc. ("Versace") request that the Court grant Malcolm A. Heinicke leave to withdraw as counsel

28

---

4:16-cv-03617-HSG

MOTION TO WITHDRAWAL AS COUNSEL

1  for Versace in the referenced action and requests termination of electronic notification as to
2  Malcolm A. Heinicke.
3      Versace remains represented by counsel of record at Munger, Tolles & Olson, LLP, and
4  Mr. Heinicke's withdrawal does not affect that representation.
5      WHEREFORE, Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. hereby request
6  that the Court enter the attached order withdrawing Malcolm A. Heinicke as its counsel of record
7  and terminating Mr. Heinicke from electronic notifications.

9  DATED:  June 5, 2017              Respectfully submitted,

10                         MUNER, TOLLES & OLSON LLP

12                         By:    */s/Malcolm A. Heinicke*
13                             MALCOLM A. HEINICKE
                           Attorneys for Gianni Versace, S.p.A. and
14                         Versace USA, Inc.