Adam S. Rossman, Esq. SBN 175838
449 S. Beverly Drive
Suite 210
Beverly Hills, CA 90212
Telephone: (310) 592-4837
Facsimile: (310) 623-1941
Email: adamrossman66@gmail.com

Attorneys for Defendants, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A, and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC<br><br>Defendants. | Case No.: **16-cv-03617-HSG**<br><br>**Assigned for all purposes to the Hon. Haywood S. Gilliam, Jr.**<br><br>**ORDER ON MOTION OF CLIENT REPRESENTATIVE OF LICENSEE DEFENDANTS TO APPEAR AT HEARING ON ADAM ROSSMAN'S MOTION TO WITHDRAW AS COUNSEL BY TELEPHONE (COURT CALL)**<br><br>**Judge: Hon. Haywood S. Gilliam Jr.**<br>**Date: July 13, 2017**<br>**Time: 2:00 pm**<br>**Crtrm: 2** |

-1-
Order on Motion to Appear at Hearing on Motion to Withdraw by Telephone – Case No. 16-cv-03617-HSG

# ORDER

Having considered the Motion of the Client Representative of Defendants, V1969 SMO, LLC, V1969 HG, LLC and V1969 USA, LLC, to appear by telephone via Court Call for Adam Rossman's Motion to Withdraw currently set for July 13, 2017 at 2:00 p.m. in the above referenced Court, the Court hereby GRANTS the Motion. Eran Brosh shall contact Courtcall at (866) 582-6878 to make arrangements to appear by telephone at the Motion to Withdraw.

IT IS SO ORDERD.

DATED: July 12, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
JUDGE OF THE UNITED STATES DISTRICT COURT