UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI VERSACE, S.P.A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VERSACE 19.69 ABBIGLIAMENTO SPORTIVO SRL, et al., <br><br> Defendants. | Case No. 16-cv-03617-HSG <br><br> **ORDER STRIKING LICENSEE DEFENDANTS' ANSWER TO AMENDED COMPLAINT** <br><br> Re: Dkt. No. 162 |

Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. have sued ten different defendants in this action, of which only three are relevant to this order: V1969 Versace SMO, LLC; V1969 Versace HG, LLC; and V1969 USA, LLC (collectively "Licensee Defendants").[1] *See* Dkt. No. 123 ¶¶ 6–16. On July 14, 2017, the Court granted the motion to withdraw filed by Licensee Defendants' counsel, Adam S. Rossman. Dkt. No. 158. As ordered, the Licensee Defendants filed their answer to the amended complaint shortly thereafter. Dkt. No. 162. However, they did not obtain substitute counsel, despite being given 30 days to do so and despite being on notice that they cannot appear in federal court without counsel. *See* Dkt. No. 158 at 3.

Therefore, for the reasons articulated in the order granting the motion to withdraw, the Court **STRIKES** the Licensee Defendants' answer and will allow Plaintiffs to seek entry of default and a default judgment against the Licensee Defendants. *See id.* If Plaintiffs intend to seek entry of default, they must do so by August 25, 2017. If default is entered, the Court will set a schedule for the filing of a motion for default judgment. Until further notice by the Court,

---

[1] Over the course of this litigation, these same defendants have collectively been referred to as both the "LVBHQ Defendants" and the "Licensee Defendants." *Compare, e.g.*, Dkt. No. 61 (former) *with* Dkt. No. 115 (latter).

Attorney Rossman shall continue accepting service of papers to the Licensee Defendants for forwarding purposes. *See* Civil L.R. 11-5(b).

**IT IS SO ORDERED.**

Dated: 8/17/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge