# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GIANNI VERSACE, S.P.A. et al

        Plaintiff(s),

v.

VERSACE 19.69 ABBIGLIAMENTO

        Defendant(s).

Case No: 4:16cv03617HSl

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __WILLIAM DUNNEGAN__, an active member in good standing of the bar of __NEW YORK__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __defendants VERSACE 19.69 ABBIGLIA__ in the above-entitled action. My local co-counsel in this case is __SUIZI LIN__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Dunnegan & Scileppi, LLC<br>350 Fifth Avenue, 49th Fl, NY, NY 10118 | Law Office of Suizi Lin<br>5920 Newpark Mall Road, Newark, CA 94560 |
| MY TELEPHONE # OF RECORD:<br>(212) 332-8300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 689-1988 |
| MY EMAIL ADDRESS OF RECORD:<br>wd@dunnegan.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>suizilaw@gmail.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __1927763__.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/18/17

                              WILLIAM DUNNEGAN
                              APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of __WILLIAM DUNNEGAN__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/21/2017

                            UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## WILLIAM IRVIN DUNNEGAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 16, 1981, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

September 8, 2017

*Susanna Rojas*
Clerk of the Court

5099