# EXHIBIT A

ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
AARON D. PENNEKAMP (State Bar No. 290550)
aaron.pennekamp@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

JONATHAN E. ALTMAN (State Bar No. 170607)
jonathan.altman@mto.com
ZACHARY M. BRIERS (State Bar No. 287984)
zachary.briers@mto.com
WILLIAM LARSEN (State Bar No. 314091)
william.larsen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Gianni Versace, S.p.A. and
Versace USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. and VERSACE USA, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, SUSAN VALERO, VALERO ENTERPRISES, INC., BRILLIANCE NEW YORK LLC, V1969 BH LLC, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, and V1969 USA LLC.<br><br>Defendants. | Case No. 4:16-cv-03617-HSG<br><br>**SECOND SUPPLEMENTAL DECLARATION OF JAMES MENDOZA IN SUPPORT OF PLAINTIFFS' LETTER BRIEF** |

I, James Mendoza, hereby declare and state as follows:

1. I am an automated litigation support specialist at Munger, Tolles & Olson LLP working on the above-captioned litigation. I make this declaration based on my personal knowledge. If called upon as a witness, I could and would testify competently as to the matters set forth in this declaration.

2. I have been an automated litigation support specialist at Munger for 13 years. Among my responsibilities are receiving and processing document productions from third parties and Defendants in this litigation and working with a vendor to load those into our Relativity document database. I am familiar with the various search tools on Relativity and I use those tools as part of my daily responsibility on this and other litigation.

3. When our firm has received document productions from Defendants Versace 19.69 Abbigliamento Sportivo S.R.L. and Theofanis Papadas (collectively "Versace 19.69") in this litigation, we load those productions into the Relativity database. The documents produced by Versace 19.69 in our database are text searchable through Relativity.

4. I ran searches on our document database containing all the Versace 19.69 productions received from Versace 19.69 in this litigation to date to ascertain whether certain documents identified in productions from other companies had been produced. My previous declarations describe our earlier searches. In summary, we originally identified around 160 documents that were missing from Versace 19.69's production based on a quick de-duplication procedure, a number which we later reduced to approximately 150 documents after manually verifying whether each document was produced by Versace 19.69. These documents are considered "missing" because they contain Versace 19.69 email addresses in the To, From, or CC fields, and were produced by third parties but not produced by Versace 19.69.

5. On September 26, 2017, Versace received a production of "native" files via flash drive from Versace 19.69. A "native" file is a file saved in the same format that it was created in, with all associated metadata. With the assistance of our document database vendor, DTI Global, I processed and loaded these documents into our database. Our attorneys also told me that Versace

1  19.69 represented that some of the missing documents raised in my September 25 declaration were located and included in this "native" production.

6. On November 13, 2017, Versace received an additional production of native files via flash drive and digital transfer from Versace 19.69. Again with DTI Global's assistance, I processed and loaded these documents into the database.

7. Under the direction of Will Larsen, an attorney working on the Versace case, I compared our previous list of missing documents from my September 25 declaration against Versace 19.69's two "native" productions described in Paragraphs 5-6 to determine which documents were still missing.

8. I performed this process separately for each production. On October 13, 2017, I performed searches to determine whether any documents from our list of missing documents were produced by Versace 19.69 in the September 26 production. I identified 21 documents from our list in the first native production, most in a single folder referencing my name, which suggested Versace 19.69 had performed targeted "find this document"-type searches. I understand that, on October 16, Mr. Larsen sent a list of the remaining missing documents—approximately 125—to Versace 19.69's counsel.

9. On November 14, again under the direction of Mr. Larsen, I performed searches to determine whether any missing documents were produced by Versace 19.69 in the November 13 native production. I identified an additional set of approximately 25 documents from our list in the second native production.

10. After that process, I can confirm that a true and correct list of examples of documents that remain missing from Versace 19.69's production is attached as Exhibit A. 99 documents remain missing. The following are examples of the missing documents in the list:

   a. June 24, 2016 email from AHQ, a Versace 19.69 licensee, and Katia Siopi, Mr. Papadas' secretary. Mr. Chehebar from AHQ states that he instructed his office to wire Versace 19.69 $200,000 as a royalty advance before the end of June 2016. The Bates number for this document is AHQ-0002092.

    b. October 27, 2015 email from Theofanis Papadas to AHQ and Brilliance New York, another Versace 19.69 licensee.  This email discusses two business trips that Mr. Papadas took to meet the principals of AHQ and Brilliance New York in New York and Miami, respectively.  Mr. Papadas then proposes to sell 30,000 Versace 19.69 handbags manufactured by a Turkish Versace 19.69 licensee in the United States through an e-shop.  The Bates number for the email is AHQ-0001965.

    c. December 10, 2015 email from Mr. Brosh, Brilliance New York's principal, to Susan Valero, Versace 19.69's agent, with Mr. Papadas CCed.  Mr. Brosh requests help from Ms. Valero and Mr. Papadas in finalizing the location for the San Francisco Versace 19.69 Store.  The Bates number for this document is LVBHQ0000817.

    d. March 8, 2016 email from Katia Siopi, Mr. Papadas' secretary, to Brilliance New York.  Ms. Siopi includes planned designs for branded Versace 19.69 debit cards using the Versace name.  The Bates number for this document is LVBHQ0001691.

    e. July 21, 2016 email from Susan Valero, Versace 19.69's agent, to a U.S. licensee, with Mr. Papadas and Mr. Pintzos CCed.  Ms. Valero instructs the licensee to pay a $100,000 royalty advance to "the usual" U.S. Chase Bank account for Versace 19.69.  The Bates number for this document is SARAMAX-0005928.

    f. September 30, 2016 email from a U.S. licensee to Ms. Siopi, Mr. Papadas' secretary, where the U.S. licensee sends catalogs and inventory of the Versace 19.69 products that it was unable to sell in the United States after the Versace v. Versace 19.69 lawsuit began.  The licensee expresses hope that Ms. Siopi and Mr. Papadas will be able to sell these products in Dubai.  The Bates number for this document is SARAMAX-0126741.

  11. Additionally, I investigated which entities produced the documents that remain missing from Versace 19.69's production, and when the documents were created.  Of the 99 documents on the list attached as Exhibit A, all but four were produced by Versace 19.69 licensees.  Although we do not have date metadata for all of these documents, my investigation indicates that the majority of missing documents were created in 2016.

12. I did not run a systematic check for whether the attachments to all these emails in Exhibit A were also missing. If they were, that would be additional documents that are missing from the production. I also have not performed a comprehensive review for documents that are missing from Versace 19.69's production. Instead, I have looked for examples and verified that those examples are missing from Versace 19.69's production.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 16th day of November, 2017 at Los Angeles, California.

_____
James Mendoza

| Bates No. |
|---|
| AHQ-0001965 |
| AHQ-0001980 |
| AHQ-0001981 |
| AHQ-0002017 |
| AHQ-0002022 |
| AHQ-0002057 |
| AHQ-0002059 |
| AHQ-0002092 |
| AHQ-0002162 |
| AHQ-0005327 |
| AHQ-0007548 |
| AHQ-0008395 |
| AHQ-0008407 |
| AHQ-0008408 |
| AHQ-0008409 |
| iAPPAREL-0000144 |
| LVBHQ0000536 |
| LVBHQ0000546 |
| LVBHQ0000548 |
| LVBHQ0000648 |
| LVBHQ0000652 |
| LVBHQ0000654 |
| LVBHQ0000683 |
| LVBHQ0000707 |
| LVBHQ0000710 |
| LVBHQ0000752 |
| LVBHQ0000803 |
| LVBHQ0000805 |
| LVBHQ0000817 |
| LVBHQ0001167 |
| LVBHQ0001168 |
| LVBHQ0001180 |
| LVBHQ0001181 |
| LVBHQ0001339 |
| LVBHQ0001340 |
| LVBHQ0001499 |
| LVBHQ0001503 |
| LVBHQ0001507 |
| LVBHQ0001509 |
| LVBHQ0001518 |
| LVBHQ0001671 |
| LVBHQ0001691 |
| LVBHQ0002478 |

LVBHQ0002489
LVBHQ0002491
LVBHQ0002500
LVBHQ0002507
LVBHQ0002511
LVBHQ0003139
LVBHQ0003637
LVBHQ0004032
LVBHQ0004068
MORET-0000799
NORDSTROM_MTO0000403
SARAMAX-0000398
SARAMAX-0005928
SARAMAX-0006036
SARAMAX-0006041
SARAMAX-0006046
SARAMAX-0013889
SARAMAX-0014070
SARAMAX-0014075
SARAMAX-0014088
SARAMAX-0014096
SARAMAX-0015864
SARAMAX-0015866
SARAMAX-0015869
SARAMAX-0015886
SARAMAX-0015893
SARAMAX-0015897
SARAMAX-0015921
SARAMAX-0015944
SARAMAX-0017017
SARAMAX-0017055
SARAMAX-0017062
SARAMAX-0017066
SARAMAX-0017080
SARAMAX-0017081
SARAMAX-0017088
SARAMAX-0017089
SARAMAX-0017095
SARAMAX-0017096
SARAMAX-0017288
SARAMAX-0053069
SARAMAX-0053261
SARAMAX-0053262
SARAMAX-0053266

SARAMAX-0053268
SARAMAX-0053269
SARAMAX-0053270
SARAMAX-0053273
SARAMAX-0053425
SARAMAX-0126739
SARAMAX-0126740
SARAMAX-0126741
VALERO-MTO0001801
VALERO-0001821
VALERO-0001907
VALERO-0001967