# EXHIBIT C

**Deposizione di Francesca Bosio**
*Ottobre 18, 2017, NYC*
Gianni Versace, S.p.A., *et al.* v.
Versace 19.69 Abbigliamento Sportivo S.r.l., *et al.*
N.D. Cal. Case No. 4:16-cv-03617-HSG

### 30(b)(6) PUNTI

- PUNTI 1 & 2 (¶¶ 29, 30, 31, 43, 44, 80, 89, 125)
- PUNTI 4, 5 & 6

### PUNTO 1 & 2 – PARAGRAFO ¶ 29

**PARAGRAFO ¶ 29.** Sulle base di informazioni assunte, durante tutto il periodo pertinente a questa domanda, i Convenuti erano a conoscenza della titolarità e dei diritti di Gianni Versace S.p.A. sui Marchi Versace e del previo uso di Versace dei Marchi Versace.

> Conoscenza: Circostanze di fatto presunte con le quali Versace e Versace 19.69 and Papadas erano a conoscenza dei diritti di marchi e uso precedente del marchi Versace da parte di Versace

1. Cause

2. Opposizioni

3. Diffide

4. Pubblicità pubblicata da Versace 19.69 Abbigliamento Sportivo SRL che Gianni Versace SPA è pubblicità di "Versace" (3/27/2013)

5. Negoziazioni con i USA licenziatari americani che contestano il diritto di uso del nome della società and cercano una protezione contro le rivendicazioni di Versace negli USA riguardo al marchio

    a. 5/14/2014 mail da parte dell'agente di Versace 19.69 Abbigliamento Sportivo Srl all'avvocato per I licenziatari per USA allegando l'accordo conciliativo e altri documenti

    b. 5/28/2014 mail da parte dell'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario americano allegando informazioni legali , incluso l'accordo conciliativo e altri documenti

    c. 5/15/2014 mail da parte dell avvocato all agente di Versace 19.69 Abbigliamento Sportivo Srl a dichiarando che " Noi chiediamo che sia apparente che Gianni Versace interpreterebbe l' uso di questo marchio come una violazione dei termini dell'accordo conciliativo e una violazione dei diritti del suo marchio.



1

d. 7/14/2014 email dall'avvocato dei licenziatari americani alla'agente Versace 19.69 Abbigliamento Sportivo Srl, dichiarando è "naïve" credere che Versace non intraprenderebbe una causa per proteggere i suoi diritti di marchio

e. 7/31/2014 email dall'avvocato dei licenziatari americani all'agente Versace 19.69 Abbigliamento Sportivo Srl, dichiarando che i licenziatari sono A RISCHIO DI CAUSA da parte di Versace in USA.

6. Testimonianza da parte dei licenziatari su quanto sopra.

7. Contratti di licenza statunitensi che che tengono indenni i licenziatari contro le rivendicazioni di marchio da parte di Versace

8. 10/27/2015 email da Papadas ad un licenziatario circa il segreto della domanda di registrazione del marchio "etichetta" contenete la ragione sociale

## PUNTI 1 & 2 – PARAGRAFO ¶ 30

**PARAGRAFO ¶ 30.** I Convenuti non hanno alcun vincolo di associazione con Versace e non sono mai stati autorizzati a utilizzare i Marchi Versace per alcuno scopo.

## PUNTI 1 & 2 – PARAGRAFO ¶ 31

**PARAGRAFO ¶ 31.** Per oltre un decennio, Versace ha respinto i tentativi della Convenuta Versace 19.69 Abbigliamento Sportivo SRL ("Versace 19.69") di sfruttare la reputazione e l'avviamento di Versace. Attualmente, Versace 19.69 sta tentando di portare il suo schema per sfruttare Versace e trarre in inganno i consumatori negli Stati Uniti attraverso gli atti di contraffazione di marchio, falsa indicazione di origine, diluizione di marchio e concorrenza sleale di seguito illustrati.

Domanda: Circostanze di fatto presunte con le quali Versace ha respinto i tentativi di Versace 1969 di sfruttare la reputazione e l'avviamento di Versace per oltre un decennio

1. Cause

2. Opposizioni

3. Diffide

2

## PUNTI 1 & 2 – PARAGRAFO ¶ 43

**PARAGRAFO ¶ 43:** Sulla base delle informazioni disponibili, Versace 19.69 sta concedendo in licenza e promuovendo e/o permettendo a terzi di concedere in licenza e promuovere i Marchi non autorizzati in connessione alla gestione di punti vendita al dettaglio e alla produzione, distribuzione, promozione e vendita di prodotti con l'intenzione deliberata di indurre con l'inganno i consumatori e gli operatori del settore a credere che Versace 19.69 è affiliata, collegata o associata con Versace e che i prodotti di Versace 19.69 provengono da Versace o sono sponsorizzati o approvati da Versace.

Sfruttamento: Presunte circostanze di fatto che l'uso dei marchi di Versace è consapevole ed inteso a sfruttare il nome Versace e a ingannare consumatori

1. Cause

2. Opposizioni

3. Diffide

4. Richieste insistenti da parte dei licenziatari americani (esempi)

   a. 4/8/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense sostenendo la possibilità di usare – in base al contratto di licenza – la "capacità attrattiva" del nome Versace."

   b. 5/2/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense sostenendo la possibilità di usare – in base al contratto di licenza – la "capacità attrattiva" del nome Versace."

   c. 5/8/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che "Le etichette devono riportare l'intera ragione sociale che è Versace 19.69 etc...; tuttavia puoi metterlo così per evidenziare la parola Versace se preferisci."

   d. 5/28/2014 email tra agenti di Versace 19.69 Abbigliamento Sportivo Srl, dichiarante: "Penso che dobbiamo aumentare la dimensione del nome della società sull'etichetta e anche sulle altre scatole del packaging che spedirò domani."

   e. 7/23/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che Versace 19.69 Abbigliamento Sportivo Srl "ritiene che dobbiamo cominciare così e una volt ache il marchio si è stabilizzato facciamo dei cambiamenti cosicchè il logo diventerà riconoscibile e chiunque saprà che è Versace."

   f. 7/23/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che il design proposto per presentare il nome della società è "il modo per essere sicuri e sottolineare ancora il nome Versace."

3

g. 4/19/2015 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che la categoria di prodotto licenziato "dovrebbe essere enorme per voi dal momento che avete il nome "Versace" attaccato!"

h. 5/5/2015 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che: "la speranza è che il marchio acquisisca riconoscibilità l'anno prossimo in modo da non dover continuamente usare la ragione sociale perché chiunque conoscerà il brand."

5. Contratti di licenza statunitensi U.S. (per esempio BNY) esigono l'uso del nome Versace nella pubblicità, marketing e materiale per puti vendita

6. Prodotti "brandizzati" usando la denominazione sociale (esempi)

   a. Style Guides. Requisiti di come I licenziatari statunitensi devono usare la ragione sociale

   b. FAQs. Usate dall'agente per attrarre potenziali licenziatari e rivenditori e distribuite ai licenziatari per essere usate nel marketing e nella vendita dei prodotti (cugino) (associazione a Versace)

   c. Presentazione in power point sull'opportunità di vendita retail. Usata dall'agente con potenziali licenziatari e rivenditori e distribuite ai licenziatari per essere usate nel marketing e nella vendita dei prodotti (ragione sociale come marchio)

7. Enfasi del nome Versace durante il design e lo sviluppo del prodotto

   a. Emails tra Versace 19.69 Abbigliamento Sportivo e un licenziatario statunitense relative al design che enfatizza il nome Versace anche se il licenziatario non è d'accordo

   b. Emails tra Versace 19.69 Abbigliamento Sportivo e un licenziatario statunitense relative al design che enfatizza il nome Versace anche se il licenziatario non è d'accordo

## PUNTI 1 & 2 – PARAGRAFO ¶ 44

**PARAGRAFO ¶ 44:** Sulla base delle informazioni disponibili, Papadas sta tentando, individualmente e attraverso 19.69 Versace, di trarre profitto dalla reputazione e avviamento di Versace concedendo in licenza e promuovendo e/o permettendo a terzi di concedere in licenza e promuovere i Marchi non autorizzati in connessione alla gestione di punti vendita al dettaglio e alla produzione, distribuzione, promozione e vendita di prodotti con l'intenzione deliberata di indurre con l'inganno i consumatori e gli operatori del settore a credere che Versace 19.69 è affiliata, collegata o associata a Versace e che i prodotti di Versace 19.69 provengono da Versace o sono sponsorizzati o approvati da Versace.

4

> Sfruttamento: Presunte circostanze di fatto che l'uso dei marchi di Versace è consapevole ed inteso a sfruttare il nome Versace e a ingannare consumatori

1. Cause

2. Opposizioni

3. Diffide

4. Richieste insistenti da parte dei licenziatari americani (esempi)

    a. 4/8/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense sostenendo la possibilità di usare – in base al contratto di licenza – la "capacità attrattiva" del nome Versace."

    b. 5/2/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense sostenendo la possibilità di usare – in base al contratto di licenza – la "capacità attrattiva" del nome Versace."

    c. 5/8/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che "Le etichette devono riportare l'intera ragione sociale che è Versace 19.69 etc...; tuttavia puoi metterlo così per evidenziare la parola Versace se preferisci."

    d. 5/28/2014 email tra agenti di Versace 19.69 Abbigliamento Sportivo Srl, dichiarante: "Penso che dobbiamo aumentare la dimensione del nome della società sull'etichetta e anche sulle altre scatole del packaging che spedirò domani."

    e. 7/23/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che Versace 19.69 Abbigliamento Sportivo Srl "ritiene che dobbiamo cominciare così e una volt ache il marchio si è stabilizzato facciamo dei cambiamenti cosicchè il logo diventerà riconoscibile e chiunque saprà che è Versace."

    f. 7/23/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che il design proposto per presentare il nome della società è "il modo per essere sicuri e sottolineare ancora il nome Versace."

    g. 4/19/2015 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che la categoria di prodotto licenziato "dovrebbe essere enorme per voi dal momento che avete il nome "Versace" attaccato!"

    h. 5/5/2015 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che: "la speranza è che il marchio acquisisca riconoscibilità l'anno prossimo in modo da non dover continuamente usare la ragione sociale perché chiunque conoscerà il brand."

5

5. Contratti di licenza statunitensi U.S. (per esempio BNY) esigono l'uso del nome Versace nella pubblicità, marketing e materiale per puti vendita

6. Prodotti "brandizzati" usando la denominazione sociale (esempi)

    a. Style Guides. Requisiti di come I licenziatari statunitensi devono usare la ragione sociale

    b. FAQs. Usate dall'agente per attrarre potenziali licenziatari e rivenditori e distribuite ai licenziatari per essere usate nel marketing e nella vendita dei prodotti (cugino) (associazione a Versace)

    c. Presentazione in power point sull'opportunità di vendita retail. Usata dall'agente con potenziali licenziatari e rivenditori e distribuite ai licenziatari per essere usate nel marketing e nella vendita dei prodotti (ragione sociale come marchio)

7. Enfasi del nome Versace durante il design e lo sviluppo del prodotto

    a. Emails tra Versace 19.69 Abbigliamento Sportivo e un licenziatario statunitense relative al design che enfatizza il nome Versace anche se il licenziatario non è d'accordo

    b. Emails tra Versace 19.69 Abbigliamento Sportivo e un licenziatario statunitense relative al design che enfatizza il nome Versace anche se il licenziatario non è d'accordo

## PUNTI 1 & 2 – PARAGRAFO ¶ 80

**PARAGRAFO ¶ 80.** Sulla base delle informazioni disponibili, i Convenuti hanno agito con l'effettiva conoscenza della titolarità e del previo uso di Versace dei Marchi Versace e hanno agito deliberatamente con l'intenzione di approfittare della reputazione e dell'avviamento di Versace, di trarre in inganno i consumatori e di danneggiare Versace.

Conoscenza: Circostanze di fatto presunte con le quali Versace e Versace 19.69 and Papadas erano a conoscenza dei diritti di marchi e uso precedente del marchi Versace da parte di Versace

1. Cause

2. Opposizioni

3. Diffide

4. Pubblicità pubblicata da Versace 19.69 Abbigliamento Sportivo SRL che Gianni Versace SPA è pubblicità di "Versace" (3/27/2013)

5. Negoziazioni con i USA licenziatari americani che contestano il diritto di uso del nome della società and cercano una protezione contro le rivendicazioni di Versace negli USA riguardo al marchio

6

a. 5/14/2014 mail da parte dell'agente di Versace 19.69 Abbigliamento Sportivo Srl all'avvocato per I licenziatari per USA allegando l'accordo conciliativo e altri documenti

b. 5/28/2014 mail da parte dell'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario americano allegando informazioni legali , incluso l'accordo conciliativo e altri documenti

c. 5/15/2014 mail da parte dell avvocato all agente di Versace 19.69 Abbigliamento Sportivo Srl a dichiarando che " Noi chiediamo che sia apparente che Gianni Versace interpreterebbe l' uso di questo marchio come una violazione dei termini dell'accordo conciliativo e una violazione dei diritti del suo marchio.

d. 7/14/2014 email dall'avvocato dei licenziatari americani alla'agente Versace 19.69 Abbigliamento Sportivo Srl, dichiarando è "naïve" credere che Versace non intraprenderebbe una causa per proteggere i suoi diritti di marchio

e. 7/31/2014 email dall'avvocato dei licenziatari americani all'agente Versace 19.69 Abbigliamento Sportivo Srl, dichiarando che i licenziatari sono A RISCHIO DI CAUSA da parte di Versace in USA.

6. Testimonianza da parte dei licenziatari su quanto sopra.

7. Contratti di licenza statunitensi che che tengono indenni i licenziatari contro le rivendicazioni di marchio da parte di Versace

8. 10/27/2015 email da Papadas ad un licenziatario circa il segreto della domanda di registrazione del marchio "etichetta" contenete la ragione sociale

| Sfruttamento: Presunte circostanze di fatto che l'uso dei marchi di Versace è consapevole ed inteso a sfruttare il nome Versace e a ingannare consumatori |
|---|

9. Richieste insistenti da parte dei licenziatari americani (esempi)

a. 4/8/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense sostenendo la possibilità di usare – in base al contratto di licenza – la "capacità attrattiva" del nome Versace."

b. 5/2/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense sostenendo la possibilità di usare – in base al contratto di licenza – la "capacità attrattiva" del nome Versace."

c. 5/8/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che "Le etichette devono riportare l'intera ragione sociale che è Versace 19.69 etc…; tuttavia puoi metterlo così per evidenziare la parola Versace se preferisci."

7

d. 5/28/2014 email tra agenti di Versace 19.69 Abbigliamento Sportivo Srl, dichiarante: "Penso che dobbiamo aumentare la dimensione del nome della società sull'etichetta e anche sulle altre scatole del packaging che spedirò domani."

e. 7/23/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che Versace 19.69 Abbigliamento Sportivo Srl "ritiene che dobbiamo cominciare così e una volt ache il marchio si è stabilizzato facciamo dei cambiamenti cosicchè il logo diventerà riconoscibile e chiunque saprà che è Versace."

f. 7/23/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che il design proposto per presentare il nome della società è "il modo per essere sicuri e sottolineare ancora il nome Versace."

g. 4/19/2015 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che la categoria di prodotto licenziato "dovrebbe essere enorme per voi dal momento che avete il nome "Versace" attaccato!"

h. 5/5/2015 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che: "la speranza è che il marchio acquisisca riconoscibilità l'anno prossimo in modo da non dover continuamente usare la ragione sociale perché chiunque conoscerà il brand."

10. Contratti di licenza statunitensi U.S. (per esempio BNY) esigono l'uso del nome Versace nella pubblicità, marketing e materiale per puti vendita

11. Prodotti "brandizzati" usando la denominazione sociale (esempi)

    a. Style Guides. Requisiti di come I licenziatari statunitensi devono usare la ragione sociale

    b. FAQs. Usate dall'agente per attrarre potenziali licenziatari e rivenditori e distribuite ai licenziatari per essere usate nel marketing e nella vendita dei prodotti (cugino) (associazione a Versace)

    c. Presentazione in power point sull'opportunità di vendita retail. Usata dall'agente con potenziali licenziatari e rivenditori e distribuite ai licenziatari per essere usate nel marketing e nella vendita dei prodotti (ragione sociale come marchio)

12. Enfasi del nome Versace durante il design e lo sviluppo del prodotto

    a. Emails tra Versace 19.69 Abbigliamento Sportivo e un licenziatario statunitense relative al design che enfatizza il nome Versace anche se il licenziatario non è d'accordo

b. Emails tra Versace 19.69 Abbigliamento Sportivo e un licenziatario statunitense relative al design che enfatizza il nome Versace anche se il licenziatario non è d'accordo

## PUNTI 1 & 2 - PARAGRAFO ¶ 89

**PARAGRAFO ¶ 89:** Sulla base delle informazioni disponibili, i Convenuti hanno agito con l'effettiva conoscenza della titolarità e del previo uso di Versace dei Marchi Versace e hanno agito deliberatamente con l'intenzione di approfittare della reputazione e dell'avviamento di Versace, di trarre in inganno i consumatori e di danneggiare Versace.

Conoscenza: Circostanze di fatto presunte con le quali Versace e Versace 19.69 and Papadas erano a conoscenza dei diritti di marchi e uso precedente del marchi Versace da parte di Versace

1. Cause

2. Opposizioni

3. Diffide

4. Pubblicità pubblicata da Versace 19.69 Abbigliamento Sportivo SRL che Gianni Versace SPA è pubblicità di "Versace" (3/27/2013)

5. Negoziazioni con i USA licenziatari americani che contestano il diritto di uso del nome della società and cercano una protezione contro le rivendicazioni di Versace negli USA riguardo al marchio

    a. 5/14/2014 mail da parte dell'agente di Versace 19.69 Abbigliamento Sportivo Srl all'avvocato per I licenziatari per USA allegando l'accordo conciliativo e altri documenti

    b. 5/28/2014 mail da parte dell'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario americano allegando informazioni legali, incluso l'accordo conciliativo e altri documenti

    c. 5/15/2014 mail da parte dell avvocato all agente di Versace 19.69 Abbigliamento Sportivo Srl a dichiarando che " Noi chiediamo che sia apparente che Gianni Versace interpreterebbe l' uso di questo marchio come una violazione dei termini dell'accordo conciliativo e una violazione dei diritti del suo marchio.

    d. 7/14/2014 email dall'avvocato dei licenziatari americani alla'agente Versace 19.69 Abbigliamento Sportivo Srl, dichiarando è "naïve" credere che Versace non intraprenderebbe una causa per proteggere i suoi diritti di marchio

    e. 7/31/2014 email dall'avvocato dei licenziatari americani all'agente Versace 19.69 Abbigliamento Sportivo Srl, dichiarando che i licenziatari sono A RISCHIO DI CAUSA da parte di Versace in USA.

6. Testimonianza da parte dei licenziatari su quanto sopra.

7. Contratti di licenza statunitensi che che tengono indenni i licenziatari contro le rivendicazioni di marchio da parte di Versace

8. 10/27/2015 email da Papadas ad un licenziatario circa il segreto della domanda di registrazione del marchio "etichetta" contenete la ragione sociale

| Sfruttamento: Presunte circostanze di fatto che l'uso dei marchi di Versace è consapevole ed inteso a sfruttare il nome Versace e a ingannare consumatori |
|---|

9. Richieste insistenti da parte dei licenziatari americani (esempi)

   a. 4/8/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense sostenendo la possibilità di usare – in base al contratto di licenza – la "capacità attrattiva" del nome Versace."

   b. 5/2/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense sostenendo la possibilità di usare – in base al contratto di licenza – la "capacità attrattiva" del nome Versace."

   c. 5/8/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che "Le etichette devono riportare l'intera ragione sociale che è Versace 19.69 etc…; tuttavia puoi metterlo così per evidenziare la parola Versace se preferisci."

   d. 5/28/2014 email tra agenti di Versace 19.69 Abbigliamento Sportivo Srl, dichiarante: "Penso che dobbiamo aumentare la dimensione del nome della società sull'etichetta e anche sulle altre scatole del packaging che spedirò domani."

   e. 7/23/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che Versace 19.69 Abbigliamento Sportivo Srl "ritiene che dobbiamo cominciare così e una volt ache il marchio si è stabilizzato facciamo dei cambiamenti cosicchè il logo diventerà riconoscibile e chiunque saprà che è Versace."

   f. 7/23/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che il design proposto per presentare il nome della società è "il modo per essere sicuri e sottolineare ancora il nome Versace."

   g. 4/19/2015 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che la categoria di prodotto licenziato "dovrebbe essere enorme per voi dal momento che avete il nome "Versace" attaccato!"

   h. 5/5/2015 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che: "la speranza è che il marchio acquisisca

10

riconoscibilità l'anno prossimo in modo da non dover continuamente usare la ragione sociale perché chiunque conoscerà il brand."

10. Contratti di licenza statunitensi U.S. (per esempio BNY) esigono l'uso del nome Versace nella pubblicità, marketing e materiale per puti vendita

11. Prodotti "brandizzati" usando la denominazione sociale (esempi)

    a. Style Guides. Requisiti di come I licenziatari statunitensi devono usare la ragione sociale

    b. FAQs. Usate dall'agente per attrarre potenziali licenziatari e rivenditori e distribuite ai licenziatari per essere usate nel marketing e nella vendita dei prodotti (cugino) (associazione a Versace)

    c. Presentazione in power point sull'opportunità di vendita retail. Usata dall'agente con potenziali licenziatari e rivenditori e distribuite ai licenziatari per essere usate nel marketing e nella vendita dei prodotti (ragione sociale come marchio)

12. Enfasi del nome Versace durante il design e lo sviluppo del prodotto

    a. Emails tra Versace 19.69 Abbigliamento Sportivo e un licenziatario statunitense relative al design che enfatizza il nome Versace anche se il licenziatario non è d'accordo

    b. Emails tra Versace 19.69 Abbigliamento Sportivo e un licenziatario statunitense relative al design che enfatizza il nome Versace anche se il licenziatario non è d'accordo

## PUNTI 1 & 2 – PARAGRAFO ¶ 125

**PARAGRAFO ¶ 125:** Sulla base delle informazioni disponibili, i Convenuti hanno posto in essere tali condotte intenzionalmente, deliberatamente e nella consapevole violazione dei diritti di Versace.

Conoscenza: Circostanze di fatto presunte con le quali Versace e Versace 19.69 and Papadas erano a conoscenza dei diritti di marchi e uso precedente del marchi Versace da parte di Versace

1. Cause

2. Opposizioni

3. Diffide

4. Pubblicità pubblicata da Versace 19.69 Abbigliamento Sportivo SRL che Gianni Versace SPA è pubblicità di "Versace" (3/27/2013)

5. Negoziazioni con i USA licenziatari americani che contestano il diritto di uso del nome della società and cercano una protezione contro le rivendicazioni di Versace negli USA riguardo al marchio

11

a. 5/14/2014 mail da parte dell'agente di Versace 19.69 Abbigliamento Sportivo Srl all'avvocato per I licenziatari per USA allegando l'accordo conciliativo e altri documenti

b. 5/28/2014 mail da parte dell'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario americano allegando informazioni legali , incluso l'accordo conciliativo e altri documenti

c. 5/15/2014 mail da parte dell avvocato all agente di Versace 19.69 Abbigliamento Sportivo Srl a dichiarando che " Noi chiediamo che sia apparente che Gianni Versace interpreterebbe l' uso di questo marchio come una violazione dei termini dell'accordo conciliativo e una violazione dei diritti del suo marchio.

d. 7/14/2014 email dall'avvocato dei licenziatari americani alla'agente Versace 19.69 Abbigliamento Sportivo Srl, dichiarando è "naïve" credere che Versace non intraprenderebbe una causa per proteggere i suoi diritti di marchio

e. 7/31/2014 email dall'avvocato dei licenziatari americani all'agente Versace 19.69 Abbigliamento Sportivo Srl, dichiarando che i licenziatari sono A RISCHIO DI CAUSA da parte di Versace in USA.

6. Testimonianza da parte dei licenziatari su quanto sopra.

7. Contratti di licenza statunitensi che che tengono indenni i licenziatari contro le rivendicazioni di marchio da parte di Versace

8. 10/27/2015 email da Papadas ad un licenziatario circa il segreto della domanda di registrazione del marchio "etichetta" contenete la ragione sociale

| Sfruttamento: Presunte circostanze di fatto che l'uso dei marchi di Versace è consapevole ed inteso a sfruttare il nome Versace e a ingannare consumatori |
|---|

9. Richieste insistenti da parte dei licenziatari americani (esempi)

a. 4/8/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense sostenendo la possibilità di usare – in base al contratto di licenza – la "capacità attrattiva" del nome Versace."

b. 5/2/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense sostenendo la possibilità di usare – in base al contratto di licenza – la "capacità attrattiva" del nome Versace."

c. 5/8/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che "Le etichette devono riportare l'intera ragione sociale che è Versace 19.69 etc...; tuttavia puoi metterlo così per evidenziare la parola Versace se preferisci."

12

d.  5/28/2014 email tra agenti di Versace 19.69 Abbigliamento Sportivo Srl, dichiarante: "Penso che dobbiamo aumentare la dimensione del nome della società sull'etichetta e anche sulle altre scatole del packaging che spedirò domani."

e.  7/23/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che Versace 19.69 Abbigliamento Sportivo Srl "ritiene che dobbiamo cominciare così e una volt ache il marchio si è stabilizzato facciamo dei cambiamenti cosicchè il logo diventerà riconoscibile e chiunque saprà che è Versace."

f.  7/23/2014 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che il design proposto per presentare il nome della società è "il modo per essere sicuri e sottolineare ancora il nome Versace."

g.  4/19/2015 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che la categoria di prodotto licenziato "dovrebbe essere enorme per voi dal momento che avete il nome "Versace" attaccato!"

h.  5/5/2015 email dall'agente di Versace 19.69 Abbigliamento Sportivo Srl a un licenziatario statunitense dichiarante che: "la speranza è che il marchio acquisica riconoscibilità l'anno prossimo in modo da non dover continuamente usare la ragione sociale perché chiunque conoscerà il brand."

10. Contratti di licenza statunitensi U.S. (per esempio BNY) esigono l'uso del nome Versace nella pubblicità, marketing e materiale per puti vendita

11. Prodotti "brandizzati" usando la denominazione sociale (esempi)

    a.  Style Guides. Requisiti di come I licenziatari statunitensi devono usare la ragione sociale

    b.  FAQs. Usate dall'agente per attrarre potenziali licenziatari e rivenditori e distribuite ai licenziatari per essere usate nel marketing e nella vendita dei prodotti (cugino) (associazione a Versace)

    c.  Presentazione in power point sull'opportunità di vendita retail. Usata dall'agente con potenziali licenziatari e rivenditori e distribuite ai licenziatari per essere usate nel marketing e nella vendita dei prodotti (ragione sociale come marchio)

12. Enfasi del nome Versace durante il design e lo sviluppo del prodotto

    a.  Emails tra Versace 19.69 Abbigliamento Sportivo e un licenziatario statunitense relative al design che enfatizza il nome Versace anche se il licenziatario non è d'accordo

b. Emails tra Versace 19.69 Abbigliamento Sportivo e un licenziatario statunitense relative al design che enfatizza il nome Versace anche se il licenziatario non è d'accordo

## PUNTI 4, 5 & 6: INFORMATIVA DI REGISTRAZIONE

1. Cause

2. Diffide

3. Tutti i prodotti di Versace Prima Linea, Versace Collection, Versus Versace, Versace Young riportano il cartellino come nelle foto, eccetto che profumi, gioielli, orologi, occhiali e collezione casa.

## VERSACE 19.69 ABBIGLIAMENTO SPORTIVO SRL (2003 – 2010)

1. **COURT OF MILAN – CRIMINAL RECORD NO. 43431/03**

    a. 2003 – Criminal investigation started against Versace 19.69 Abbigliamento Sportivo S.r.l.

    (1) Alessandro Versace deposition interview – January 23, 2004

    (2) Alessandro Versace deposition interview – February 5, 2004

    b. July 16, 2010 Judgment (Court of Milan, Judgment No. 8982/2010). Court found Versace 19.69 Abbigliamento Sportivo S.r.l. corporate officers and third parties guilty of criminal counterfeiting. Orders terms of imprisonment, fines, payment of damages and confiscation and destruction of all products and labels bearing the infringing mark.

2. **COURT OF CATANIA – REG. NO. 5969/07**

    a. Versace files action challenging Trademark Appl. No. 895725 ("Versace 19.69") filed by Alessandro Versace

    b. June 26, 2009 Judgment (Court of Catania, Judgment No. 3403/04). Court found that "Versace 19.69" infringes Versace's trademark rights.

## VERSACE 19.69 ABBIGLIAMENTO SPORTIVO SRL & PAPADAS (2012 – present)

1. **COURT OF MILAN – REG. NO. 36637/12**

    a. Versace files action against Papadas and his company, GIA+FA Srl, for trademark infringment and unfair competition based use of Versace name in connection with sale of sunglasses in Italy

    b. July 2, 2012 Conciliation Agreement. Parties entered into conciliation agreement prohibiting Papadas and any company he represents from using the Versace name with narrow exception allowing use of the company name used where required by law and never as a trademark.

2. **COURT OF BUSTO ARSIZIO – REG. NO. 3273/12 & REG. NO. 704/12**

    a. October 26, 2012. Versace files enforcement action against Versace 19.69 Abbigliamento Sportivo based on infringing activities in violation of conciliation agreement, which is granted and sustained on appeal.

    b. December 6, 2012. Versace files enforcement action against Versace 19.69 Abbigliamento Sportivo based on conciliation agreement, which is granted and sustained on appeal.

36789669.1

## VERSACE 19.69 ABBIGLIAMENTO SPORTIVO SRL
## TRADEMARK OPPOSITIONS

| Date Filed | Applicant | Country | Trademark | Application No. | Status |
|---|---|---|---|---|---|
| July 21, 2011 | Theofanis Papadas | Greece | | 213967 | **Versace opposition successful** (5-2014) |
| April 17, 2012 | Theofanis Papadas | EUIPO | | 010814473 | **Application withdrawn** Papadas withdrew application under conciliation agreement (7-2012) |
| April 17, 2012 | Theofanis Papadas | Italy | | MI2012C004007 | **Application withdrawn** Papadas withdrew application under conciliation agreement (7-2012) |

1

36691522.1

# VERSACE 19.69 ABBIGLIAMENTO SPORTIVO SRL
## TRADEMARK OPPOSITIONS

| Date Filed | Applicant | Country | Trademark | Application No. | Status |
|---|---|---|---|---|---|
| July 3, 2013 | Versace 19.69 Abbigliamento Sportivo SRL | EU | VERSACCINO | 11957685 | **Versace Opposition Successful** EUIPO Opposition division accepted (April 22, 2015) EUIPO Board of Appeal affirmed (June 19, 2015) General Court rejected appeal (October 5, 2017) |
| July 3, 2013 | Versace 19.69 Abbigliamento Sportivo SRL | Italy | VERSACCINO | MI2013C006589 | **Versace Opposition Pending** |
| July 17, 2013 | Versace 19.69 Abbigliamento Sportivo SRL | EUIPO | VERSACE 19·69 ABBIGLIAMENTO SPORTIVO S.R.L. VIA DANIELE CRESPI, 1 - BUSTO ARSIZIO MILANO - ITALY www.v1969italia.com | 11992435 | **Versace Opposition Successful** Opposition filed **11/28/2013** EUIPO Opposition Division (4/10/2015) EUIPO First Board of Appeal (4/6/2016) Luxembourg Appeal (10/6/2017) |
| July 17, 2013 | Versace 19.69 Abbigliamento Sportivo SRL | Italy | VERSACE 19·69 ABBIGLIAMENTO SPORTIVO S.R.L. VIA DANIELE CRESPI, 1 - BUSTO ARSIZIO MILANO - ITALY www.v1969italia.com | MI2013C007040 | **Versace Opposition Successful** Versace opposed (2/28/2017) |

36691522.1

## VERSACE 19.69 ABBIGLIAMENTO SPORTIVO SRL TRADEMARK OPPOSITIONS

| Date Filed | Applicant | Country | Trademark | Application No. | Status |
|---|---|---|---|---|---|
| December 9, 2015 | Versace 19.69 Abbligliamento Sportivo SRL | EU | TV69 / 19 69 / VERSACE 19.69 ITALIA HYALUREN | 014895635 | Versace opposition pending |
| December 19, 2015 | Versace 19.69 Abbligliamento Sportivo SRL | EU | Same as above, but Collagen | 014895668 | Versace opposition pending |

3

| TRADEMARK OPPOSITIONS |||
| :---: | :---: | :---: |
| Date Sent | Country | Target |
| September 14, 2012 | Italy/Greece | GIA+FA S.r.L., Theofanis Papadas, et al. |
| February 8, 2013 | Greece | PJB Brands Limited |
| June 27, 2014 | Greece | Cinema |
| September 10, 2014 | Turkey | Reda Tekstil Ltd. |
| February 6, 2015 | French West Indies | Appunto |
| April 17, 2015 | Kuwait | Al Fatina Group |
| May 12, 2015 | Kuwait | Al Fatina Group |
| September 10, 2015 | Greece | Cabana Nera |
| September 10, 2015 | Panama/Chile | May's Zona Libre S.A & Paris Chile |
| March 10, 2016 | Greece | Hondos Center |
| October 20, 2016 | Mexico | Mini Raxevsky |
| November 28, 2016 | Indonesia | Gallery Hijabstory |
| January 12, 2017 | Germany | Heimtextil & N. Sboras Co. |
| February 22, 2017 | United States | Duty Free Americas |
| May 15, 2017 | Chile | Paris Chile & Cencosud S.A. |
| May 25, 2017 | Greece | Miraraki Despoina SA |
| June 15, 2017 | Germany | LESERA |
| August 2, 2017 | Ireland | Groupon International Limited |
| September 4, 2017 | Spain | Carrefour Palma |