ROSEMARIE T. RING (CA SBN 220769)
rose.ring@mto.com
CAROLYN HOECKER LUEDTKE (CA SBN 207976)
carolyn.luedtke@mto.com
AARON D. PENNEKAMP (CA SBN 290550)
aaron.pennekamp@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000 FAX: (415) 644-6929

Attorneys for Plaintiffs Gianni Versace, S.p.A. and
Versace USA, Inc.

WILLIAM DUNNEGAN (*pro hac vice*)
wd@dunnegan.com
DUNNEGAN & SCILEPPI LLC
350 Fifth Avenue, 49th Floor
New York, NY 10118
(212) 332-8300
(212) 332-8301 (fax)

Attorneys for Defendants Versace 19.69 Abbigliamento Sportivo SRL and
Theofanis Papadas

> Re:  Joint Letter Brief Re: Discovery Disputes,
> *Gianni Versace S.p.A. et. al v. Versace 19.69 Abbigliamento Sportivo SRL et. al*,
> Case No. 4:16-cv-03617-HSG (LB)

Dear Judge Beeler:

Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. ("Versace") and Defendants Versace 19.69 Abbigliamento Sportivo SRL and Theofanis Papadas (collectively, "VAS" or "the VAS Defendants") (collectively, the "Parties") write with respect to the pending joint discovery letter brief dated November 17, 2017, Docket No. 202. That joint discovery letter brief raised four issues for resolution. On Issue #2, the parties have resolved the dispute that was presented to the Court on the terms set forth below. The other three issues (#1, #3, and #4) remain in dispute.

The Parties presented Issue #2 to the Court as follows:

**Versace Issue #2**: Versace asserts that the VAS Defendants have not complied with the September 28 Court Order ¶ A(3), compelling production of a declaration describing certain document efforts. A declaration and a supplemental declaration were received but were defective. Versace asks for a deadline of November 21 to provide a complete declaration that complies with the September 28 Order ¶ A(3). VAS's position is that it has conducted the searches that Versace -- during meet and confers -- has requested that VAS conduct, and that these additional searches meet its obligation to "address" the so called "missing documents."

The parties have now agreed that the VAS Defendants will take the following additional steps by December 8, 2017, to satisfy the obligations of VAS concerning the alleged 99 "missing documents" under the September 28, 2017, order.  VAS will (i) go through the mailbox(es) listed in each of the alleged "missing documents," (ii) look in the chronological location in the mailbox, one document at a time, to see whether the document is there, (iii) look to see if any identified document has been forwarded for further discussion, and (iv) submit a declaration either attaching the documents that are located (the missing documents or the forwarded copies of the missing documents) or stating that the document was not found.  To facilitate this process, Versace provided an additional copy of each of the alleged 99 "missing documents" on November 28, 2017.

The parties are continuing to meet and confer about other disputes related to the declaration required by the September 28 Court Order ¶ A(3) and will present those to the Court if not resolved.  The other issues set forth in the November 20, 2017, order (Issues #1, #3, and #4) remain ripe for resolution.  Please let the parties know if further information or argument on those would be helpful to the Court.

DATED:  November 28, 2017		MUNGER, TOLLES & OLSON LLP

By:  *Carolyn Hoecker Luedtke*
CAROLYN HOECKER LUEDTKE
Attorneys for Plaintiffs

DATED:  November 28, 2017		DUNNEGAN & SCILEPPI, LLC

By:  *William Dunnegan*
WILLIAM DUNNEGAN
Attorneys for VAS Defendants