UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, SUSAN VALERO, VALERO ENTERPRISES, INC., BRILLIANCE NEW YORK LLC, V1969 BH LLC, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, and V1969 USA LLC.<br><br>Defendants. | Case No. 4:16-cv-03617-HSG (LB)<br><br>**STIPULATED ORDER REGARDING MOTION TO EXTEND PAGE LIMITS** |

On January 8, 2018, Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc., ("Versace") and Defendants Versace 19.69 Abbigliamento Sportivo S.R.L. and Theofanis Papadas ("Defendants" and, together with Versace, the "Parties") filed a joint administrative motion requesting leave to file summary judgment briefing in excess of the page limits set by N.D. Cal. Civil Local Rule 7-4(b).

For the reasons stated in the Parties' joint motion, the Court hereby ORDERS as follows:

1. Versace may file a memorandum of points and authorities in support of its motion for summary judgment not exceeding forty (40) pages.

2. Defendants may file an opposition brief not exceeding forty (40) pages.

3. Versace may file a reply brief not exceeding twenty-five (25) pages.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 9, 2018

Honorable Haywood S. Gilliam, Jr.
United States District Judge