| | |
|---|---|
| Rosemarie T. Ring (SBN 220769) | William Dunnegan (*Pro Hac Vice*) |
| rose.ring@mto.com | wd@dunnegan.com |
| Carolyn Hoecker Luedtke (SBN 207976) | Dunnegan & Scileppi, LLC |
| carolyn.luedtke@mto.com | 350 Fifth Avenue, 49th Floor |
| Aaron D. Pennekamp (SBN 290550) | New York, NY 10118 |
| aaron.pennekamp@mto.com | Telephone: (212) 332-8303 |
| Munger, Tolles & Olson Llp | Facsimile (212) 332-8301 |
| 560 Mission Street | |
| Twenty-Seventh Floor | N G Karambelas *(Pro Hac Vice)* |
| San Francisco, California 94105-2907 | nick@ngklaw.com |
| Telephone: (415) 512-4000 | Sfikas & Karambelas LLP |
| Facsimile: (415) 512-4077 | 1101 Pennsylvania Ave NW, 7th Floor |
| | Washington, DC 20004 |
| Jonathan E. Altman (SBN 170607) | Telephone: (202) 756-1043 |
| jonathan.altman@mto.com | Facsimile: (202) 465-0400 |
| Zachary M. Briers (SBN 287984) | |
| zachary.briers@mto.com | Jerry Dunne *(Pro Hac Vice)* |
| William Larsen (SBN 314091) | jerry.dunne@dunnelaw.net |
| william.larsen@mto.com | Law Office of Gerald F. Dunne, Pc |
| Munger, Tolles & Olson Llp | 41 Union Square W, Ste. 1125 |
| 350 South Grand Avenue | New York, NY 10003 |
| Fifth Floor | Telephone: (212) 645-2410 |
| Los Angeles, California 90071-1560 | Facsimile: (212) 645-2435 |
| Telephone: (213) 683-9100 | |
| Facsimile: (213) 687-3702 | Suizi Lin (CA SBN 245710) |
| | suizilaw@gmail.com |
| Attorneys for Plaintiffs Gianni Versace, S.P.A And Versace USA, Inc. | Law Office of Suizi Lin |
| | 5920 Newpark Mall Road |
| | Newark, CA 94560 |
| | Telephone: (510) 589-1988 |
| | Facsimile: (510) 588-5580 |
| | |
| | Attorney for Defendants Versace 19.69 Abbigliamento Sportivo SRL and Theofanis Papadas |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, and V1969 USA LLC.<br><br>Defendants. | Case No. 4:16-cv-03617-HSG<br><br>**STIPULATION AND ORDER MODIFYING CASE SCHEDULE** |

Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. ("Versace") and Defendants Versace 19.69 Abbigliamento Sportivo, S.r.l. and Theofanis Papadas ("VAS Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, under the current schedule, the deadline to file dispositive motions is January 18, 2018, and the hearing on those motions is set for February 22, 2018 [Dkt. No. 118];

WHEREAS, for reasons explained in the Declaration of Rosemarie T. Ring filed under seal concurrently herewith, the Parties request a short extension of these deadlines, by two weeks, so that the deadline to file dispositive motions will be February 1, 2018, and the hearing on those motions will be set for March 8, 2018, which we understand from the Court's clerk is available;

WHEREAS, at this time, the Parties are not requesting a continuance of the pretrial conference set for May 15, 2018, or the trial date set for May 28, 2018.

NOW THEREFORE, the Parties agree to the following modified schedule for dispositive motions, subject to approval by the Court:

| Opening briefs due | February 1, 2018 |
| --- | --- |
| Oppositions due | February 15, 2018 |
| Replies due | February 22, 2018 |
| Hearing on dispositive motions | March 8, 2018, at 2:00 p.m. |

**IT IS SO STIPULATED.**

DATED: January 9, 2018                MUNGER, TOLLES & OLSON LLP


By:    */s/Rosemarie Ring*
         ROSEMARIE T. RING
Attorneys for Gianni Versace, S.p.A. and
Versace USA, Inc.

DATED: January 9, 2018                DUNNEGAN & SCILEPPI, LLC


By:    */s/William Dunnegan*
         WILIAM DUNNEGAN
Attorneys for Versace 19.69 Abbigliamento Sportivo
SRL and Theofanis Papadas

Pursuant to Civil Local Rule 5-1 (ii)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

# ORDER

Pursuant to the foregoing Stipulation and [Proposed] Order Modifying Case Schedule, and for good cause shown, the Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| | |
|---|---|
| Deadline for Dispositive Motions | February 1, 2018 |
| Oppositions to Dispositive Motions | February 15, 2018 |
| Replies to Dispositive Motions | February 22, 2018 |
| Dispositive Motion Hearing Deadline | March 8, 2018, at 2:00 p.m. |

**IT IS SO ORDERED.**

DATED: January 10, 2018

_____
Hon. Haywood S. Gilliam, Jr.