Nicholas A. Brown (SBN 198210)
brownn@gtlaw.com
GREENBERG TAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Attorneys for Third-Party
GROUPON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, SUSAN VALERO, VALERO ENTERPRISES, INC., BRILLIANCE NEW YORK LLC, V1969 BH LLC, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, and V1969 USA LLC.<br><br>Defendants. | Case No. 4:16-cv-03617-HSG (LB)<br><br>**DECLARATION OF THIRD-PARTY GROUPON, INC. IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)** |

Attached pursuant to Civil L.R. 79-5(e)(2) and 79-5(d)(1)(A), is a declaration from Groupon establishing that certain Groupon information identified in Plaintiff's Administrative Motion To File Documents Conditionally Under Seal is Groupon's confidential information that should be sealed. The attached declaration was previously filed at Dkt. 234 in support of Plaintiffs' Administrative Motion to File Documents Conditionally Under Seal (Dkt. 239), and in particular, in support of preserving the filing under seal of Exhibit 91 to the Declaration Zachary Briers ("Briers Declaration," Dkt. 224) in Support of Plaintiffs' Motion for Summary Judgment. Plaintiff now quotes from the exact same sealed Groupon document in pages 6-7 of its Opposition to Defendants' Motion for Summary Judgement (the "Opposition," Dkt. 240). Accordingly, Groupon hereby resubmits the same declaration in support of sealing at least those pages of the Opposition.

DATED: February 16, 2018                    GREENBERG TRAURIG, LLP

By:   /s/ *Nicholas A. Brown*
Nicholas A. Brown (SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Attorneys for Third-Party
GROUPON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, SUSAN VALERO, VALERO ENTERPRISES, INC., BRILLIANCE NEW YORK LLC, V1969 BH LLC, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, and V1969 USA LLC.<br><br>Defendants. | Case No. 4:16-cv-03617-HSG (LB)<br><br>**DECLARATION OF THIRD-PARTY GROUPON, INC. IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)** |

### DECLARATION OF NATE CONNER

I, Nate Conner, state the following based on my personal knowledge:

1. I am currently employed as Manager of Merchant Risk for North America at Groupon, Inc. ("Groupon"). I have been employed at Groupon since 2011. I have personal knowledge of the information and facts contained herein and could testify thereto if called as a witness.

2. In connection with my employment at Groupon, I am familiar with Groupon's customer support records.

3. Pursuant to Civil Local Rule 79-5(e), Groupon makes this declaration in support of Plaintiffs' Administrative Motion to File Documents Conditionally Under Seal (Dkt. 220), and in particular, in support of preserving the filing under seal of Exhibit 91 to the Declaration Zachary Briers ("Briers Declaration," Dkt. 220-2) in Support of Plaintiffs' Motion for Summary Judgment.

4. Plaintiffs' motion seeks to seal documents designated "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" by Groupon.

5. Bates Numbers GROUPON0000776 - GROUPON0000777, GROUPON0000779 - GROUPON0000782, GROUPON0000789, GROUPON0000799 - GROUPON0000803, GROUPON0000808, GROUPON0000814, GROUPON0000816, GROUPON0000819 - GROUPON0000820, GROUPON0000822, GROUPON0000825 - GROUPON0000826, GROUPON0000837, GROUPON0000842, GROUPON0000854, GROUPON0000856, and GROUPON0000858 - GROUPON0000859 of Exhibit 91 to the Briers Declaration contains Groupon's customer support records, which contain highly confidential individualized personal information about Groupon's customers. The confidential individualized customer information is not available to the public, and disclosure of this information to the public would cause irreparable competitive harm to Groupon and its customers.

6. In addition, Bates Numbers GROUPON0000776 - GROUPON0000777, GROUPON0000779 - GROUPON0000782, GROUPON0000789, GROUPON0000799 - GROUPON0000803, GROUPON0000808, GROUPON0000814, GROUPON0000816, GROUPON0000819 - GROUPON0000820, GROUPON0000822, GROUPON0000825 - GROUPON0000826, GROUPON0000837, GROUPON0000842, GROUPON0000854, GROUPON0000856, and GROUPON0000858 - GROUPON0000859 of Exhibit 91 to the Briers Declaration contain confidential service records, demonstrating Groupon's business decisions and strategy in response to customer service inquiries. Groupon's customer service strategy is not available to the public, and disclosure of Groupon's customer service strategy would irreparably harm Groupon.

7. The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the afore-mentioned exhibit.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: February 5, 2018

_____
NATE CONNER