FILED
FEB 1 6 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, SUSAN VALERO, VALERO ENTERPRISES, INC., BRILLIANCE NEW YORK LLC, V1969 BH LLC, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, and V1969 USA LLC.<br><br>Defendants. | Case No. 4:16-cv-03617-HSG (LB) |

## DECLARATION OF JEFF BONE

I, Jeff Bone, state the following based on my personal knowledge:

1. I am a partner at the law firm of Corr Cronin Michelson Baumgardner Fogg & Moore LLP attorneys of record for non-party zulily, llc ("zulily") in the above-captioned matter. I am over eighteen years of age, competent to testify and submit this declaration based upon personal knowledge pursuant to Local Rule 79-5(d)(1)(A) and (e).

2. zulily is not a party in the above-referenced litigation. It was served with a subpoena by Plaintiffs seeking various documents, including the documents referenced on page 7 of Versace's Opposition to Versace 19.69's Motion for Summary Judgment and Exhibit 138 to the previously filed Declaration of Zachary Briers ("Brier Declaration"), as further set forth in the Declaration of William Larson.

3. Pursuant to the terms of the Protective Order in place in this litigation, zulily designated the documents contained in Exhibit 138 to the Briers Declaration as "Confidential." Those documents should remain sealed for multiple reasons.

4. The documents bearing Bates numbers zulily000203-204 should remain sealed for two reasons. First, they contain personal identifying information ("PII") of zulily customers who submitted complaints related to product purchases – namely, their names and email addresses. Second, and more broadly, these two documents are printouts from a proprietary zulily database that the company uses to track customer complaints. The type of information zulily gathers for tracking customer complaints and how the database is structured is confidential, proprietary business information, and should remain sealed.

5. The document bearing Bates number zulily00245 should remain sealed for similar reasons. This document is from a zulily system that tracks customer quality ratings and comments on their purchases. As with the documents referenced in Paragraph 4 above, the type of information zulily gathers for tracking customer feedback and how the database it uses to do so is structured is confidential, proprietary business information, and should remain sealed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of February, 2018, at Seattle, Washington.

Jeff Bone

2    4:16-cv-03617-HSG (LB)
DECLARATION OF JEFF BONE

# DECLARATION OF SERVICE

The undersigned declares as follows:

1. I am employed at Corr Cronin Michelson Baumgardner Fogg & Moore LLP, attorneys for non-party zulily, llc.

2. I hereby certify that on this date, I caused the foregoing to be filed with the Court via hand delivery through Interceptor Legal Support Service, Inc.

3. I further certify that on this date, I caused the foregoing to be served on the following parties via E-Mail.

Rosemarie T. Ring
Carolyn H. Luedtke
Jonathan E. Altman
Aaron D. Pennekamp
William M. Larsen
Zachary M. Briers
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Email:rose.ring@mto.com
　　　malcolm.heinicke@mto.com
　　　aaron.pennekamp@mto.com
*Attorneys for Plaintiffs/Counter-Defendants Gianni Versace, S.P.A. and Versace USA, Inc.*

Adam S. Rossman
449 S. Beverly Drive, Suite 210
Beverly Hills, CA 90212
Email: adamrossman66@gmail.com
*Attorney for Defendants V1969 Versace SMO LLC, V1969 Versace HG LLC, and V1969 USA LLC*

Nicholas Brown
Greenberg Traurig LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Email: brownn@gtlaw.com
*Attorneys for Third-Party Defendant Groupon, Inc.*

Gerard F. Dunne
Law Office of Gerard F. Dunne, P.C.
41 Union Square West, Suite 1125
New York, NY 10003
Email:Jerry.dunne@dunnelaw.net

N.G. Karambelas (admitted *pro hac vice*)
Sfkas & Karambelas LLP
1101 Pennsylvania Ave NW, 7th Floor
Washington, DC 20004
Email: nick@ngklaw.com

Suizi Ohn Mar Shwe Ma Lin
Law Office of Suizi Lin
5920 Newpark Mall Road
Newark, CA 94560
Email: suizilaw@gmail.com

William Dunnegan
Dunnegan and Scileppi LLC
350 5 Avenue, Suite 4908
New York, NY 10118
Email: wd@dunnegan.com
*Attorneys for Defendants/Counter-claimants Versace 19.69 Abbigliamento Sportivo SRL, and Theofanis Papadas*

Arthur W. Coviello
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94303
Email: Arthur.coviello@wilmerhale.com
*Attorneys for TJX Companies Inc.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of February, 2018, at Seattle, Washington.

*Christy A. Nelson*
Christy A. Nelson