| | |
|---|---|
| ROSEMARIE T. RING (SBN 220769) | WILLIAM DUNNEGAN (*Pro Hac Vice*) |
| rose.ring@mto.com | wd@dunnegan.com |
| CAROLYN H. LUEDTKE (SBN 207976) | DUNNEGAN & SCILEPPI, LLC |
| carolyn.luedtke@mto.com | 350 Fifth Avenue, 49th Floor |
| AARON D. PENNEKAMP (SBN 290550) | New York, NY 10118 |
| aaron.pennekamp@mto.com | Telephone: (212) 332-8303 |
| MUNGER TOLLES & OLSON LLP | Facsimile (212) 332-8301 |
| 560 Mission Street | |
| Twenty-Seventh Floor | N G KARAMBELAS (*Pro Hac Vice*) |
| San Francisco, California 94105-2907 | nick@ngklaw.com |
| Telephone: (415) 512-4000 | SFIKAS & KARAMBELAS LLP |
| Facsimile: (415) 512-4077 | 1101 Pennsylvania Ave NW, 7th Floor |
| | Washington, DC 20004 |
| ZACHARY M. BRIERS (SBN 287984) | Telephone: (202) 756-1043 |
| zachary.briers@mto.com | Facsimile: (202) 465-0400 |
| WILLIAM LARSEN (SBN 314091) | |
| william.larsen@mto.com | GERALD F. DUNNE (*Pro Hac Vice*) |
| MUNGER TOLLES & OLSON LLP | jerry.dunne@dunnelaw.net |
| 350 South Grand Avenue | LAW OFFICE OF GERALD F. DUNNE, PC |
| Fifth Floor | 41 Union Square W, Ste. 1125 |
| Los Angeles, California 90071-1560 | New York, NY 10003 |
| Telephone: (213) 683-9100 | Telephone: (212) 645-2410 |
| Facsimile: (213) 687-3702 | Facsimile: (212) 645-2435 |
| Attorneys for Plaintiffs Gianni Versace, S.P.A And Versace USA, Inc. | SUIZI LIN (CA SBN 245710) |
| | suizilaw@gmail.com |
| | LAW OFFICE OF SUIZI LIN |
| | 5920 Newpark Mall Road |
| | Newark, CA 94560 |
| | Telephone: (510) 589-1988 |
| | Facsimile: (510) 588-5580 |
| | Attorney for Defendants Versace 19.69 Abbigliamento Sportivo SRL and Theofanis Papadas |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L., THEOFANIS PAPADAS, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, and V1969 USA LLC.<br><br>Defendants. | Case No. 4:16-cv-03617-HSG<br><br>**STIPULATION AND ORDER MODIFYING CASE SCHEDULE** |

Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. ("Versace") and Defendants Versace 19.69 Abbigliamento Sportivo, S.r.l. and Theofanis Papadas ("VAS Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the dispositive motions hearing is currently set for March 8, 2018 at 1:00 p.m. [Dkt. Nos. 215, 244];

WHEREAS, for the reasons explained in the Declaration of Rosemarie T. Ring, which has been filed under seal and is attached hereto as Exhibit A, the Parties request a short continuance of the March 8, 2018 hearing date to March 22, 2018, which they understand from the Court's clerk is the next available date for such a hearing, or to March 29, 2018, if the earlier date does not work;

NOW THEREFORE, the Parties agree to continue the March 8, 2018 dispositive motions hearing from March 8, 2018 to March 22 or March 29, 2018, subject to approval by the Court:

**IT IS SO STIPULATED.**

DATED:  March 5, 2018                    MUNGER, TOLLES & OLSON LLP


By:     */s/Rosemarie Ring*
        ROSEMARIE T. RING
Attorneys for Gianni Versace, S.p.A. and
Versace USA, Inc.

DATED:  March 5, 2018                    DUNNEGAN & SCILEPPI, LLC


By:     */s/ William Dunnegan*
        WILIAM DUNNEGAN
Attorneys for Versace 19.69 Abbigliamento Sportivo
SRL and Theofanis Papadas

Pursuant to Civil Local Rule 5-1 (ii)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**ORDER**

Pursuant to the foregoing Stipulation and [Proposed] Order Modifying Case Schedule, and for good cause shown, the Court continues the March 8, 2018 dispositive motions hearing date to March 29, 2018, at 2:00 pm.

**IT IS SO ORDERED.**

DATED:  March 6, 2018

_____
Hon. Haywood S. Gilliam, Jr.