ROSEMARIE T. RING (CA SBN 110840)
rose.ring@mto.com
CAROLYN HOECKER LUEDTKE
(CA SBN 207976)
carolyn.luedtke@mto.com
AARON D. PENNEKAMP (CA SBN 290550)
aaron.pennekamp@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Tel.: (415) 512-4000 / Fax: (415) 644-6929

ZACHARY M. BRIERS (CA SBN 287984)
zachary.briers@mto.com
WILLIAM LARSEN (CA SBN 314091)
william.larsen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-1560
Tel: (213) 683-9100 / Fax: (213) 683-4042

Attorneys for GIANNI VERSACE, S.P.A. and
VERSACE USA, INC.

WILLIAM DUNNEGAN (*pro hac vice*)
wd@dunnegan.com
DUNNEGAN & SCILEPPI LLC
350 Fifth Avenue, 49th Floor
New York, NY 10118
Tel: (212) 332-8303 / Fax: (212) 332-8301

NICHOLAS G. KARAMBELAS (*pro hac vice*)
nick@ngklaw.com
SFIKAS & KARAMBELAS LLP
1101 Pennsylvania Avenue, NW
7th Floor
Washington, DC 20004
Tel: (202) 669-0187 / Fax: (240) 465-0400

GERARD F. DUNNE (*pro hac vice*)
jerry.dunne@dunnelaw.net
LAW OFFICE OF GERARD F. DUNNE, PC
41 Union Square W, Ste. 1125
New York, NY 10003
Tel: (212) 645-2410 / Fax: (212) 645-2435

Attorneys for VERSACE 19.69
ABBIGLIAMENTO SPORTIVO SRL and
THEOFANIS PAPADAS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. AND VERSACE USA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> VERSACE 19.69 ABBIGLIAMENTO SPORTIVO, S.R.L, THEOFANIS PAPADAS, SUSAN VALERO, VALERO ENTERPRISES, INC., BRILLIANCE NEW YORK LLC, V1969 BH LLC, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC, <br><br> Defendants. | Case No. 4:16-cv-03617-HSG (LB) <br><br> **STIPULATION AND ORDER REGARDING PROCESS FOR RESOLUTION OF PROVISIONS OF PERMANENT INJUNCTION AND REVISED TRIAL DATE** |

Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. ( "Versace") and Defendants Versace 19.69 Abbigliamento Sportivo, S.r.l. and Theofanis Papadas ("VAS Defendants," and collectively, the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 24, 2018, the Court issued a Memorandum Opinion and Order in the above-captioned action, granting Plaintiff's motion for summary judgment, finding that a permanent injunction is warranted, and setting a case management conference "to discuss: (1) the particular provisions to be included in the permanent injunction; and (2) a schedule for a bench trial regarding the amount of money appropriately awarded in the form of infringer's profits," (ECF No. 261 at 32);

WHEREAS, on August 14, 2018, the Court held a case management conference, in which the Court ordered the parties to meet and confer regarding potential modifications to the proposed permanent injunction, and to submit by August 24, 2018, a "proposal for resolution of any remaining issues and a stipulation and proposed order regarding a revised trial date," (ECF No. 264);

NOW, THEREFORE, the Parties agree to the following, subject to the Court's approval:

1. The Parties shall continue to meet and confer regarding the proposed permanent injunction;

2. If the Parties are unable to resolve any dispute regarding specific provisions of the permanent injunction, they shall submit briefing to the Court regarding the dispute according the following schedule:

    a. Versace's Opening Brief: October 8, 2018;

    b. VAS Defendants' Responsive Brief: October 29, 2018;

    c. Versace's Reply Brief: November 19, 2018.

3. If the Court finds it appropriate, the Court shall hold a hearing to discuss the Parties' respective positions;

4. The bench trial regarding the amount of money appropriately awarded in the form of infringer's profits shall commence on February 25, 2019.

IT IS SO STIPULATED

DATED: August 24, 2018        MUNGER, TOLLES & OLSON LLP

By:   /s/*Rosemarie T. Ring*
     Rosemarie T. Ring
     Attorneys for Gianni Versace, S.p.A. and Versace USA, Inc.

DATED: August 24, 2018        DUNNEGAN & SCILEPPI LLC

By:   /s/*William Dunnegan*
     William Dunnegan
     Attorneys for Versace 19.69 Abbigliamento Sportivo, S.r.L and Theofanis Papadas

**ECF ATTESTATION**

I, Zachary Briers, am the ECF user whose account is being used to file this document. In accordance with Civil Local Rule 5-1(i)(2), I attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: August 24, 2018         MUNGER, TOLLES & OLSON LLP


                               By:     /s/ ZACHARY M. BRIERS

**ORDER**

Pursuant to the foregoing stipulation between Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. ("Versace") and Defendants Versace 19.69 Abbigliamento Sportivo, S.r.l. and Theofanis Papadas ("VAS Defendants," collectively, the "Parties"), and good cause appearing, the Court hereby ORDERS:

1. The Parties shall continue to meet and confer regarding potential modifications to the proposed permanent injunction;

2. If the Parties are unable to resolve any dispute regarding specific provisions of the permanent injunction, they shall submit briefing to the Court regarding the dispute according the following schedule:

    a. Versace's Opening Brief: October 8, 2018;

    b. VAS Defendants' Responsive Brief: October 29, 2018;

    c. Versace's Reply Brief: November 19, 2018;

3. The bench trial regarding the amount of money appropriately awarded in the form of infringer's profits shall commence on February 25, 2019.

IT IS SO ORDERED.

DATED: August 27, 2018

Honorable Haywood S. Gilliam Jr.
United States District Judge