ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
AARON D. PENNEKAMP (State Bar No. 290550)
aaron.pennekamp@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

ZACHARY M. BRIERS (State Bar No. 287984)
zachary.briers@mto.com
WILLIAM LARSEN (State Bar No. 314091)
william.larsen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Gianni Versace, S.p.A and
Versace USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. and VERSACE USA, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L.; THEOFANIS PAPADAS, VLAERO ENTERPRISES, INC; SUSAN VALERO; V1969 BH LLC; BRILLIANCE NEW YORK LLC; V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC.<br><br>Defendants. | Case No. 4:16-cv-03617-HSG<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW (ECF NO. 272) AND NOTICE OF EVIDENTIARY OBJECTIONS TO OPPOSITION OF THEOFANIS PAPADAS (ECF NO. 278)** |

Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. (collectively, "Versace") do not oppose the motion to withdraw as counsel of record for defendants Versace 19.69 Abbigliamento Sportivo S.R.L. and Theofanis Papadas (collectively, "VAS Counsel"), provided that such withdrawal is a conditional withdrawal pursuant to Civil Local Rule 11-5(b).  With respect to the letter from Defendant Theofanis Papadas, which Mr. Papadas initially submitted to the Court *ex parte* on December 24, 2018, before being directed to file it on the docket, the letter should be stricken.  *See* ECF No. 278.  Although the letter purports to be an opposition to the motion to withdraw, it devotes several pages to "issues" that purportedly have "arisen after" the Court's Summary Judgment Order.  *See id.* at 2-3.  The letter is not sworn under penalty of perjury, as required by 28 U.S.C. § 1746, and, in any event, presents no new facts.  Mr. Papadas simply reargues the same positions that the Court already rejected.  *See, e.g.,* ECF No. 261 at 20–21 (rejecting VAS interpretation of the Conciliation Agreement); *id* at 22–23 (rejecting VAS argument that the Court should not apply principles of comity because VAS planned to appeal a decision by the Court of Appeal of Milan).  To the extent Mr. Papadas is asking the Court to reconsider its Summary Judgment Order, the request is procedurally improper.  *See* Civil Local Rule 7-9 (requiring a party to seek leave before filing a motion for reconsideration).  In light of these evidentiary and procedural infirmities, the Court should strike Mr. Papadas's letter.

DATED:  January 9, 2019                     Respectfully submitted,

                                            MUNGER, TOLLES & OLSON LLP


                                            By:  /s/ *Rosemarie T. Ring*
                                                 ROSEMARIE T. RING

                                            Attorneys for Gianni Versace, S.P.A and
                                            Versace USA, Inc.

|   |   |   |
|---|---|---|
| 1 | | **ECF ATTESTATION** |
| 2 | I, William Larsen, am the ECF user whose account is being used to file this document.  In |
| 3 | accordance with Civil Local Rule 5-1(i)(2), I attest that concurrence in the filing of this document |
| 4 | has been obtained from all signatories. |

DATED: January 9, 2019                    MUNGER, TOLLES & OLSON LLP


                                          By:    /s/ WILLIAM LARSEN
                                                _____