| | |
|---|---|
| ROSEMARIE T. RING (CA SBN 110840)<br>rose.ring@mto.com<br>CAROLYN HOECKER LUEDTKE<br>(CA SBN 207976)<br>carolyn.luedtke@mto.com<br>AARON D. PENNEKAMP (CA SBN 290550)<br>aaron.pennekamp@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Tel.: (415) 512-4000 / Fax: (415) 644-6929<br><br>ZACHARY M. BRIERS (CA SBN 287984)<br>zachary.briers@mto.com<br>WILLIAM LARSEN (CA SBN 314091)<br>william.larsen@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-1560<br>Tel: (213) 683-9100 / Fax: (213) 683-4042<br><br>Attorneys for GIANNI VERSACE, S.P.A. and VERSACE USA, INC. | WILLIAM DUNNEGAN (*pro hac vice*)<br>wd@dunnegan.com<br>DUNNEGAN & SCILEPPI LLC<br>350 Fifth Avenue, 76th Floor<br>New York, NY 10118<br>Tel: (212) 332-8303 / Fax: (212) 332-8301<br><br>NICHOLAS G. KARAMBELAS (*pro hac vice*)<br>SFIKAS & KARAMBELAS LLP<br>1101 Pennsylvania Avenue, NW<br>7th Floor<br>Washington, DC 20004<br>Tel: (202) 669-0187 / Fax: (240) 465-0400<br><br>GERARD F. DUNNE (*pro hac vice*)<br>LAW OFFICE OF GERARD F. DUNNE, PC<br>41 Union Square W, Ste. 1125<br>New York, NY 10003<br>Tel: (212) 645-2410 / Fax: (212) 645-2435<br><br>SUIZI LIN (CA SBN 245710)<br>SuiziLaw@gmail.com<br>LAW OFFICE OF SUIZI LIN<br>1633 San Pablo Avenue<br>Oakland, CA 94612<br>Tel: (510) 689-1988 / Fax: (510) 588-5580<br><br>Attorneys for VERSACE 19.69 ABBIGLIAMENTO SPORTIVO SRL and THEOFANIS PAPADAS |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. AND VERSACE USA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO, S.R.L, THEOFANIS PAPADAS, SUSAN VALERO, VALERO ENTERPRISES, INC., BRILLIANCE NEW YORK LLC, V1969 BH LLC, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC,<br><br>Defendants. | Case No. 4:16-cv-03617-HSG (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE** |

Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. ("Versace") and Defendants Versace 19.69 Abbigliamento Sportivo, S.r.l. and Theofanis Papadas (collectively, "Versace 19.69," and together with Versace, the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 24, 2018, the Court entered an order granting Versace's motion for summary judgment, finding that a "permanent injunction is warranted," and scheduling a case management conference to discuss "a schedule for a bench trial regarding the amount of money appropriately awarded in the form of infringer's profits," (ECF No. 261 at 30, 32);

WHEREAS, on August 27, 2018, the Court entered an order scheduling a bench trial to commence on February 25, 2019, "regarding the amount of money appropriately awarded in the form of infringer's profits," (ECF No. 267 at 2);

WHEREAS, on December 21, 2018, counsel of record for Versace 19.69 requested leave to withdraw as counsel (ECF Nos. 272, 274);

WHEREAS, on January 2, 2019, the Court entered a permanent injunction, enjoining Versace 19.69 from, *inter alia*, "licensing or otherwise inducing any persons to use any Infringing Marks in the United States," (ECF No. 275 at 3);

WHEREAS, counsel for the Parties have conferred and agree that, in light of the pending motion to withdraw, the current trial date and related pre-trial deadlines be continued until the motion to withdraw is resolved and, if necessary, Versace 19.69 obtains new counsel;

WHEREAS, a continuance of the trial date will also permit counsel for the Parties (including new counsel for Versace 19.69, if necessary) to discuss whether the Parties' can resolve the pending disputes without the need for a bench trial;

NOW, THEREFORE, the Parties agree to the following, subject to the Court's approval:

1. The trial date shall be vacated.

2. The parties shall meet and confer no later than 14 days after the Court has resolved the pending motion to withdraw and, if necessary, Versace 19.69's substitute counsel has appeared in the case, and thereafter submit a joint stipulation requesting a new trial date.

IT IS SO STIPULATED

DATED: January 10, 2019     MUNGER, TOLLES & OLSON LLP

By:    /s/*Rosemarie T. Ring*
Rosemarie T. Ring
Attorneys for Gianni Versace, S.p.A. and Versace USA, Inc.

DATED: January 10, 2019     DUNNEGAN & SCILEPPI LLC

By:    /s/*William Dunnegan*
William Dunnegan
Attorneys for Versace 19.69 Abbigliamento Sportivo, S.r.L and Theofanis Papadas

**ECF ATTESTATION**

I, William Larsen, am the ECF user whose account is being used to file this document. In accordance with Civil Local Rule 5-1(i)(2), I attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: January 10, 2019      MUNGER, TOLLES & OLSON LLP

By:     /s/ WILLIAM LARSEN
        William Larsen
        Attorneys for Gianni Versace, S.p.A. and
        Versace USA, Inc.

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation between Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. ("Versace") and Defendants Versace 19.69 Abbigliamento Sportivo, S.r.l. and Theofanis Papadas ("VAS Defendants," collectively, the "Parties"), and good cause appearing, the Court hereby ORDERS:

1. The trial date of February 25, 2019, is vacated.
2. The parties shall meet and confer no later than 14 days after the Court has resolved the pending motion to withdraw and, if necessary, Versace 19.69's substitute counsel has appeared in the case, and thereafter submit a joint stipulation requesting a new trial date.

IT IS SO ORDERED.

DATED: January  10, 2019

Honorable Haywood S. Gilliam Jr.
United States District Judge