| | |
|---|---|
| ROSEMARIE T. RING (CA SBN 110840)<br>rose.ring@mto.com<br>CAROLYN HOECKER LUEDTKE<br>(CA SBN 207976)<br>carolyn.luedtke@mto.com<br>AARON D. PENNEKAMP (CA SBN 290550)<br>aaron.pennekamp@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Tel.: (415) 512-4000 / Fax: (415) 644-6929<br><br>ZACHARY M. BRIERS (CA SBN 287984)<br>zachary.briers@mto.com<br>WILLIAM LARSEN (CA SBN 314091)<br>william.larsen@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-1560<br>Tel: (213) 683-9100 / Fax: (213) 683-4042<br><br>Attorneys for GIANNI VERSACE, S.P.A. and<br>VERSACE USA, INC. | OTTO O. LEE (CA SBN 173987)<br>olee@iplg.com<br>KEVIN VIAU (CA SBN 275556)<br>kviau@iplg.com<br>LEILA N. SOCKOLOV (CA SBN 282946)<br>lsockolov@iplg.com<br>INTELLECTUAL PROPERTY LAW GROUP LLP<br>1871 The Alameda, Suite 250<br>San Jose, CA 95126<br>Tel: (408) 286-8933 / Fax: (408) 286-8932<br><br>Attorneys for VERSACE 19.69<br>ABBIGLIAMENTO SPORTIVO SRL and<br>THEOFANIS PAPADAS |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A. AND VERSACE USA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO, S.R.L, THEOFANIS PAPADAS, SUSAN VALERO, VALERO ENTERPRISES, INC., BRILLIANCE NEW YORK LLC, V1969 BH LLC, V1969 VERSACE SMO LLC, V1969 VERSACE HG LLC, AND V1969 USA LLC,<br><br>Defendants. | Case No. 4:16-cv-03617-HSG<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. ("Versace") and Defendants Versace 19.69 Abbigliamento Sportivo, S.r.l. and Theofanis Papadas (collectively, "Versace 19.69," and together with Versace, the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 24, 2018, the Court entered an order granting Versace's motion for summary judgment, finding that a "permanent injunction is warranted," and scheduling a case management conference to discuss "a schedule for a bench trial regarding the amount of money appropriately awarded in the form of infringer's profits," (ECF No. 261 at 30, 32);

WHEREAS, on August 27, 2018, the Court entered an order scheduling a bench trial to commence on February 25, 2019, "regarding the amount of money appropriately awarded in the form of infringer's profits," (ECF No. 267 at 2);

WHEREAS, on January 2, 2019, the Court entered a permanent injunction, enjoining Versace 19.69 from, *inter alia*, "licensing or otherwise inducing any persons to use any Infringing Marks in the United States," (ECF No. 275 at 3);

WHEREAS, on January 10, 2019, the Court entered an order continuing the trial date in this case (ECF No. 281);

WHEREAS, on February 1, 2019, Versace 19.69 filed a notice of appeal, appealing the Permanent Injunction Order and Order Granting Versace's Motion for Summary Judgment (ECF No. 287);

WHEREAS, on February 6, 2019, the Court directed the Parties to meet and confer regarding a schedule that would resolve this case before June 2019, and to submit a stipulation and proposed order to the Court (ECF No. 290);

WHEREAS, the Parties are continuing to discuss whether they can resolve this case without the need for a trial;

NOW, THEREFORE, the Parties agree to the following, subject to the Court's approval:

1. The Parties are continuing to discuss whether they can resolve this case without the need for a trial, and will update the Court regarding any progress in those discussions.

2. The Parties agree to the following schedule, subject to the Court's approval and availability:

| Date | Event |
|---|---|
| Tuesday, April 2, 2019 | Parties to exchange exhibit lists, witness lists, and deposition designations |
| Tuesday, April 2, 2019 | Parties to meet and confer re pretrial filings |
| Tuesday, April 9, 2019 | Parties to file opening motions in limine |
| Tuesday, April 16, 2019 | Parties to file opposition to motions in limine |
| Tuesday, April 16, 2019 | Parties to file joint pretrial statement and trial briefs |
| Tuesday, April 30, 2019 | Final Pretrial Conference |
| TBD at the Court's convenience[1] | Trial Commences |

IT IS SO STIPULATED

DATED: February 12, 2019        MUNGER, TOLLES & OLSON LLP

By:     /s/*Rosemarie T. Ring*
    Rosemarie T. Ring
    Attorneys for Gianni Versace, S.p.A. and Versace USA, Inc.

DATED: February 12, 2019        INTELLECTUAL PROPERTY LAW GROUP LLP

By:     /s/*Otto O. Lee*
    Otto O. Lee
    Attorneys for Versace 19.69 Abbigliamento Sportivo, S.r.L and Theofanis Papadas

---

[1] Counsel for Versace 19.69 is unavailable from May 20 to May 22 due to pre-planned attendance at a professional conference.

**ECF ATTESTATION**

I, William Larsen, am the ECF user whose account is being used to file this document. In accordance with Civil Local Rule 5-1(i)(2), I attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: February 12, 2019        MUNGER, TOLLES & OLSON LLP


                                By:      /s/ William Larsen

**[PROPOSED]** **ORDER**

Pursuant to the foregoing stipulation between Plaintiffs Gianni Versace, S.p.A. and Versace USA, Inc. ("Versace") and Defendants Versace 19.69 Abbigliamento Sportivo, S.r.l. and Theofanis Papadas ("VAS Defendants," collectively, the "Parties"), and good cause appearing, the Court hereby ORDERS:

1. The Parties shall promptly inform the Court if they are able to reach agreement to resolve this action without the need for a trial.

2. The Court enters the following schedule:

| Date | Event |
|---|---|
| Tuesday, April 2, 2019 | Parties to exchange exhibit lists, witness lists, and deposition designations |
| Tuesday, April 2, 2019 | Parties to meet and confer re pretrial filings |
| Tuesday, April 9, 2019 | Parties to file opening motions in limine |
| Tuesday, April 16, 2019 | Parties to file opposition to motions in limine |
| Tuesday, April 16, 2019 | Parties to file joint pretrial statement and trial briefs |
| Tuesday, April 30, 2019 at 3:00 p.m. | Final Pretrial Conference |
| Monday, May 13, 2019 at 8:30 a.m. | Trial Commences |

IT IS SO ORDERED.

DATED: February 13, 2019

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam Jr.
United States District Judge