UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI VERSACE, S.P.A., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VERSACE 19.69 ABBIGLIAMENTO SPORTIVO SRL, et al.,<br><br>Defendants. | Case No. 16-cv-03617-HSG<br><br>**ORDER REGARDING JOINT NOTICE**<br><br>Re: Dkt. No. 294 |

On April 2, 2019, the parties submitted a joint notice advising the Court that they "have agreed to dismiss the appeal of the Summary Judgment Order and the Permanent Injunction . . . and stipulate to entry of judgment in favor of [Plaintiffs], in exchange for which [Plaintiffs] agreed to waive [their] claims against [Defendants] for infringer's profits currently set for trial on May 13, 2019." Dkt. No. 294 at 2. The parties describe this as only an "agreement in principle." *Id.*

The Court will vacate neither the April 30, 2019 pretrial conference nor the trial date based on an "agreement in principle." To permit the parties to focus their efforts on promptly reducing the agreement in principle to a final signed agreement and stipulated judgment, the Court extends the deadline for submission of pretrial filings to April 23, 2019.[1]

//
//
//
//

---

[1] Under the Court's Standing Orders, the parties were required to exchange substantial trial evidence yesterday. If that did not occur, the Court expects the parties to meet and confer in good faith immediately and reach an agreement on when to exchange such evidence. The parties are reminded that untimely-exchanged evidence is subject to exclusion in the Court's discretion.

The deadline for parties to file opening motions in limine is also extended to April 23, 2019. If the case is not resolved by then, the Court will set a deadline for oppositions to motions in limine.

**IT IS SO ORDERED.**

Dated: 4/3/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge